IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 23-cv-14321 |
| | ) | |
| ILLINOIS COURT OF APPEALS, | ) | Honorable John F. Kness |
| FIRST DISTRICT (1-23-4078), on | ) | |
| appeal from THE CIRCUIT COURT OF | ) | |
| COOK COUNTY (17COTD3838), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### MOTION FOR LEAVE TO WITHDRAW APPEARANCES

Pursuant to Local Rule 83.17, Antonio DeBlasio and Brian Bosch, counsel for Plaintiff JAMES REED, respectfully move this honorable Court for leave to withdraw their appearances on behalf of Plaintiff in this action. In support of this motion, undersigned counsel states:

1. Attorneys Antonio DeBlasio and Brian Bosch ("***Plaintiff's Counsel***") are the attorneys of record for Plaintiff JAMES REED in this action.

2. Plaintiff's Counsel has been unable to determine whether or not Mr. Reed agrees to or opposes the relief sought in this motion.

3. For professional reasons, Plaintiff's Counsel respectfully moves this honorable Court for leave to withdraw their appearances on behalf of Plaintiff.

4. Pursuant to Rule 1.16(b)(1) of the Illinois Rules of Professional Conduct, "a lawyer may withdraw from representing a client if (1) withdrawal can be accomplished without material adverse effect on the interests of the client." IRPC 1.16(b)(1).

5. Here, withdrawal can be accomplished without material adverse effect on the interests of Mr. Reed.

6. No one has filed an appearance on behalf of any defendant.

7. Pursuant to Local Rule 83.17, movants have attached a completed form Notification of Party Contact Information for Mr. Reed as **Exhibit A**.

WHEREFORE, Antonio DeBlasio and Brian Bosch move this honorable Court for entry of an order granting their motion for leave to withdraw, terminating their appearances on behalf of Plaintiff in this action, and to terminate further notifications to them.

Respectfully submitted,

By: /s/ Brian Bosch
 One of Reed's Attorneys

Antonio DeBlasio, Esq.
Brian A. Bosch, Esq.
DEBLASIO LAW GROUP LLC
1S660 Midwest Road | Suite 230
Oakbrook Terrace, Illinois 60181
T: (630) 560-1123
F: (331) 222-4700
E: deblasio@dgllc.net
E: bosch@dgllc.net
 *Attorneys for JAMES REED*

## **CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that he caused a true and correct copy of the attached **Motion for Leave to Withdraw Appearances** to be served upon the person(s) identified on the Service List below via e-mail and/or the ECF system on July 3, 2024. The undersigned certifies that copies of documents required to be served by Fed. R. Civ. P. 5(a) have been served.

                                                               /s/ Brian Bosch

## **SERVICE LIST**

Reed v. Illinois Court of Appeals
22-cv-14321

**James Reed**
7942 W. Country Club Lane
Elmwood Park, IL 60707
rj60068@gmail.com
ceo@inexf.com
T: (346) 291-5601
T: (847) 344-6040

# Exhibit A

06/12/15

**United States District Court**
**Northern District of Illinois**

**Notification of Party Contact Information**

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**: 23-cv-14321

**Case Title**: James Reed v. Illinois Court of Appeals

**Judge**: John F. Kness

**Name of Attorney submitting the motion to withdraw**:
Antonio DeBlasio/Brian Bosch

**Name of Client**:
James Reed

**Mailing address of Client**: 7942 W. Country Club Lane

**City:** Elmwood Park          **State:** Illinois

**Zip:** 60707          **Telephone Number:** (346) 291-5601

I attest that the above information is true and correct to the best of my knowledge.

**Signed:** _[signature]_

**Date:** 7/3/2024