**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES REED, individually and as** | ) | |
| **Trustee of 7942 Country Club Irrv Trust** | ) | |
| **utad 6-30-2012,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 23-cv-14321** |
| | ) | **Hon. John Kness** |
| **ILLINOIS COURT OF APPEALS,** | ) | |
| **FIRST DISTRICT (1-23-0478) ON** | ) | |
| **APPEAL FROM CIRCUIT COURT OF** | ) | |
| **COOK COUNTY, ILLINOIS** | ) | |
| **(17COTD3838), ET. AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>BROADWAY IRVING PARK LLC'S PETITION TO INTERVENE</u>

Petitioner, Broadway Irving Park LLC, through its attorneys, petition this Court to grant it leave to intervene in this matter pursuant to Federal Rule of Civile Procedure 24(a)(2) and states as follows:

1.    On July 23, 2018, the trial court in case number 2017 COTD 003838 ("Tax Case") issued a tax deed for the property located at 7942 Country Club Lane in Elmwood Park, Illinois ("Property") to RDG Fund-5 LNS LLC ("RDG").

2.    Plaintiff, James Reed, filed an appeal of the Tax Case which was ultimately dismissed ("2018 Appeal").

3.    On August 11, 2020, Petitioner, Broadway Irving LLC, purchased the Property from RDG. A copy of the Special Warranty Deed is attached as **Exhibit A**.

4.     On January 9, 2023, the trial court in the Tax Case issued an order of possession to Petitioner but stayed the possession pending Plaintiff's purported second appeal of the Tax Case, identified as appellate case number 1-23-0478 ("2023 Appeal").

5.     Plaintiff litigated and lost certain issues in the 2023 Appeal.

6.     On October 16, 2023, the appellate court dismissed the 2023 Appeal and issued its mandate on December 5, 2023, instructing the trial court in the Tax Case that the appeal was dismissed.

7.     On September 29, 2023, Plaintiff filed the instant "Petition for Removal" against Defendant, "Illinois Court of Appeals, First District (1-23-0478) on appeal from Circuit Court of Cook County, Illinois (17COTD3838), et. al."

8.     Plaintiff's Petition for Removal states in its introduction that it seeks the removal of the 2023 Appeal.

9.     Plaintiff's Petition for Removal states that the appellate court in the 2023 Appeal violated his due process rights under the 5th, 7th, 8th, and 14th Amendments.

10.     The remedies sought in the Petition for Removal are (1) a declaratory judgment that all orders entered by the Illinois courts in the 2023 Appeal, the Tax Case, and Cook County Circuit Court Case Number 2013 CH 28231 ("Foreclosure Case") are void, (2) that he be reimbursed for all filing fees and costs associated with those litigations, (3) an order directing the Cook County Recorder of Deeds to vacate all deeds records pursuant to the Tax and Foreclosure Cases, and (4) reinstatement of Plaintiff's claim for quiet title asserted in Cook County Circuit Court Case Number 2017 CH 8139, which was consolidated with the Foreclosure Case.

11.     The 2023 Appeal, Tax Case, and Foreclosure Case all involved claims of ownership over the Property.

12.     Despite being record titleholder, Petitioner is not named as a Defendant in the instant matter.

13.     On June 6, 2024, the trial court in the Tax Case entered an order stating that it has no jurisdiction over the Tax Case because Reed's Petition for Removal constituted a removal of the 2023 Appeal and Tax Case to this Court.

14.     Federal Rule of Civil Procedure 24(a)(2) states:

> On timely motion, the court must permit anyone to intervene who[…] claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Fed. R. Civ. P. 24(a)(2).

15.     The Seventh Circuit has established four criteria that must be met for a party to intervene as a matter of right: (1) their motion to intervene was timely; (2) they possess an interest related to the subject matter of the enforcement action; (3) disposition of the action threatens to impair that interest; and (4) no existing party adequately represents their interest. *United States v. BDO Seidman*, 337 F.3d 802, 808 (7th Cir. 2003).

16.     Petitioner's intervention satisfies all of these criteria.

17.     Petitioner's petition to intervene is timely because Plaintiff has not filed a jurisdictional statement in this matter and no named defendant has appeared.

18.     Plaintiff's Petition for Removal seeks to void over six years of activity, including three different circuit court cases and three appeals, regarding the ownership of the Property.

19.     As Petitioner is the record titleholder of the Property, it possesses an interest in the subject matter of the instant litigation.

3

20.     The disposition of the instant matter threatens Petitioner's ownership interest in the Property because its ownership interest will be adversely affected if Plaintiff succeeds on voiding over six years of litigation in three lawsuits and three appellate court rulings.

21.     The only named parties in the instant matter are Plaintiff, James Reed, and Defendant, "Illinois Court of Appeals, First District (1-23-0478) on appeal from Circuit Court of Cook County, Illinois (17COTD3838), et. al."

22.     The appellate and circuit courts of Cook County have no interest in who owns the Property.

23.     Therefore, no party to the instant matter adequately represents the interests of Petitioner.

24.     Petitioner petitions this Court to intervene in this matter so that it may file the attached motion to dismiss Plaintiff's Petition for Removal or in the alternative remand for lack of subject matter jurisdiction. A copy of Petitioner's motion is attached as **Exhibit B**.

25.     In light of the above, Petitioner should be permitted to intervene in this matter as of right.

WHEREFORE, Petitioner, Broadway Irving Park LLC, respectfully requests this Court grant it leave to intervene in this matter and for any other relief this Court deems just.


Marty J. Schwartz (#3124462)                         Broadway Irving Park LLC
Benjamin T. Weber (#6330614)
Schain Banks Kenny & Schwartz
Three First National Plaza
Suite 5400
Chicago, Illinois 60602
312/345-5700                                         By: /s/ Benjamin T. Weber
mschwartz@schainbanks.com                                One of their attorneys
bweber@schainbanks.com

4

# EXHIBIT A

## SPECIAL WARRANTY DEED

This Indenture made this

_____ day of

August_____ ,

20 20_____

RDG FUND-5 LNS LLC
party of the first part, and

Broadway Irving Park, LLC
party of the second part.

Grantee's Address:

Doc# 2028040020 Fee $88.00

RHSP FEE:$9.00 RPRF FEE: $1.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 10/06/2020 12:18 PM PG: 1 OF 3

**WITNESSETH**, that the said party of the first part, for an in consideration of the sum of Ten Dollars ($10.00) in hand paid by the party of the second part, the receive whereof is hereby acknowledged, and pursuant to authority of the Board of Directors of said corporation, by these presents does REMISE, RELEASE, ALIEN AND CONVEY unto the said party of the second part, and to their heirs and assigns, FOREVER, all the following described land, situate in the County of Cook and State of Illinois known and described as follows, to wit:

See Exhibit "A" attached hereto and made a part hereof.

*subject to*: taxes not yet due and payable, general restrictions as they appear of record.

Permanent Real Estate Index No.: 12-36-300-088-0000

Property Address: 7942 W. Country Club Lane, Elmwood Park, IL 60707

Together with all the singular and hereditaments and appurtenances thereunto belonging, or in anywise Appertaining, and the reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the said party of the first part, either in law or equity of, in and to the above described premises, with the hereditaments and appurtenances: TO HAVE AND TO HOLD the said premises as above described, with the appurtenances, unto the said party of the second part, their heirs and assigns forever.

And the said party of the first part, for itself and its successor, does covenant, promise and agree, to and with said party of the second part, their heirs and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that the said premises, against all persons lawfully claiming, or to claim the same, by, through or under it, it WILL WARRANT AND FOREVER DEFEND.

The 11 day of August , 2020 .

In Witness Whereof, said party of the first part has caused its name to be signed to these presents by its

Authorized Agent , the day and year first above written.

BY: _____

I, undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY ACKNOWLEDGE, that ___Yung Bong Lim___, personally appeared before me and acknowledged himself/herself as the ___Authorized Agent___ of ROG Fund-5 LNS LLC and is the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that as such they signed and delivered the said instrument as pursuant to authority given by the Board of Directors of said corporation, as his/her free and voluntary act, and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and official seal this __11__ day of ___August___, 20 __20__.



BRITTANEY CHANG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 29, 2021

IMPRESS SEAL HERE

My Commission expires on __12/29/2021__

_____
Notary Public

---

**This Instrument Was Prepared By:**

Kevin Skalnik
156 North Jefferson Street, Suite 203
Chicago, IL 60661

MAIL TO: 156 North Jefferson Street, Suite 203, Chicago, IL 60661

SEND TAX BILLS TO: 7942 W. Country Club Lane, Elmwood Park, IL 60707

**Village of Elmwood Park**

**TRANSFER STAMP**

Village of Elmwood Park

$1000.00  07-20

REAL ESTATE TRANSFER TAX

|  |  | 15-Sep-2020 |
|---|---|---|
| COUNTY: | | 100.00 |
| ILLINOIS: | | 200.00 |
| TOTAL: | | 300.00 |

12-36-300-088-0000  | 20200701645817 | 1-515-305-440

**EXHIBIT "A"**

LOT 4 IN COUNTRY CLUB WOODLANDS, INC., A SUBDIVISION OF THE WEST 1/2 OF
THE NORTH 8 ACRES OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 36,
TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK
COUNTY, ILLINOIS

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JAMES REED, individually and as** | ) | |
| **Trustee of 7942 Country Club Irrv Trust** | ) | |
| **utad 6-30-2012,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 23-cv-14321** |
| | ) | **Hon. John Kness** |
| **ILLINOIS COURT OF APPEALS,** | ) | |
| **FIRST DISTRICT (1-23-0478) ON** | ) | |
| **APPEAL FROM CIRCUIT COURT OF** | ) | |
| **COOK COUNTY, ILLINOIS** | ) | |
| **(17COTD3838), ET. AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>BROADWAY IRVING PARK LLC'S MOTION TO DISMISS</u>**
**<u>OR IN THE ALTERNATIVE REMAND</u>**

Third-Party Intervenor, Broadway Irving Park LLC ("Broadway"), through its attorneys, moves to dismiss the Petition for Removal filed by Plaintiff, James Reed ("Reed"), pursuant to Rule 12(b)(1) or in the alternative remand this matter. In support thereof, Broadway states as follows:

**Background**

1.      On October 31, 2017, RDG Fund-5 LNS LLC ("RDG") filed its Petition for Tax Deed for the property located at 7942 Country Club Lane in Elmwood Park, Illinois ("Property") and given case number 2017 COTD 003838 ("Tax Case"). A copy of the Petition for Tax Deed is attached as **Exhibit A**.

2.      On May 24, 2018, RDG filed an Application for an Order Directing the County Clerk to Issue a Tax Deed for the Property. A copy of RDG's Application is attached as **Exhibit B**.

3.      On June 14, 2018, the trial court conducted a prove up hearing on RDG's Application. A copy of the hearing transcript is attached as **Exhibit C**.

4.      On July 23, 2018, the trial court granted RDG's Application and entered an order directing the issuance of a tax deed for the Property to RDG. A copy of the July 23, 2018 Order is attached as **Exhibit D**.

5.      On July 23, 2018, a tax deed was issued for the Property to RDG. A copy of the tax deed is attached as **Exhibit E**.

6.      On August 23, 2018, Reed filed a notice of appeal of the Tax Case ("2018 Appeal"). A copy of Reed's notice of appeal for the 2018 Appeal is attached as **Exhibit F**.

7.      Reed's notice in the 2018 Appeal sought to appeal the issuance of the tax deed and sought the relief of, "VACATE TAX SALE pursuant to 735 ILCS 5/2-1203." Ex. F.

8.      The notice further states the basis of the appeal as, "person with interest in the property not named as a party," and "purchaser did not make diligent inquiry or effort to effect service." Ex. F.

9.      On March 22, 2019, the appellate court entered an order dismissing the 2018 Appeal for want of prosecution. A copy of the March 22, 2019 Order is attached **Exhibit G**.

10.      The appellate court further issued a mandate that its dismissal order constituted the final order of the 2018 Appeal. A copy of the appellate court's mandate is attached as **Exhibit H**.

11.      On August 11, 2020, RDG transferred the Property via special warranty deed to Broadway. A copy of the special warranty deed is attached as **Exhibit I**.

12.     On October 21, 2022, Broadway filed a Petition for Order of Possession before the trial court pursuant to 35 ILCS 200/22-40(c).

13.     On October 31, 2022, Reed filed a notice of lack of jurisdiction and objection to Broadway's Petition.

14.     Reed's notice was fully briefed before the trial court.

15.     On January 9, 2023, the trial court had oral argument on Broadway's Petition and Reed's notice and objection wherein Reed reported that he had filed a notice of appeal of the Tax Case ("2023 Appeal"). A copy of the January 9, 2023 Order is attached as **Exhibit J**.

16.     On January 9, 2023, the trial court granted Broadway's Petition over Reed's objection and struck Reed's notice and objection. Ex. J.

17.     In light of Reed's purported appeal, the January 9, 2023 Order states that Broadway's possession of the Property is stayed pending the directive of the appellate court. Ex. J.

18.     On January 13, 2023, Reed filed his notice of appeal in the 2023 Appeal, seeking an appeal of the trial court's July 23, 2018 order issuing the tax deed, the January 9, 2023 Order granting an order of possession, and another proposed order from 2017. A copy of Reed's notice of appeal in the 2023 Appeal is attached as **Exhibit K**.

19.     On February 8, 2023, Broadway filed a motion to reconsider the trial court's January 9, 2023 order as it pertained to the stay of Broadway's possession, arguing, in part, that no appeal bond was requested or posted by Reed.

20.     Also on February 8, 2023, Reed filed a motion to vacate the July 23, 2018 Order issuing the tax deed and the resulting January 9, 2023 Order granting an order of possession.

21.     On March 8, 2023, the trial denied Broadway's motion to reconsider and Reed's motion to vacate on the grounds that it had no jurisdiction due to the pending appeal. A copy of the March 8, 2023 Order is attached as **Exhibit L**.

22.     On March 13, 2023, Reed filed another notice of appeal, seeking the appeal of the July 23, 2018 Order issuing the tax deed, the January 9, 2023 Order granting an order of possession, and the March 8, 2023 Order denying the parties' motions for lack of jurisdiction. A copy of Reed's second notice of appeal in the 2023 Appeal is attached as **Exhibit M**.

23.     On July 26, 2023, Broadway filed a motion with the appellate court to set an appeal bond.

24.     On August 23, 2023, the appellate court in the 2023 Appeal entered an order granting Broadway's request for an appeal bond. A copy of the August 23, 2023 Order is attached as **Exhibit N**.

25.     The August 23, 2023 Order states that Reed is directed to post an appeal bond September 19, 2023, and his failure to do so will result in a dismissal of the 2023 Appeal. Ex. N.

26.     On September 19, 2023, Reed filed a motion with the appellate court to vacate the August 23, 2023 Order.

27.     On September 27, 2023, the appellate court entered an order denying Reed's motion to vacate the August 23, 2023 Order. A copy of the September 27, 2023 Order is attached as **Exhibit O**.

28.     Reed did not post the appeal bond by September 19, 2023.

29.     On September 29, 2023, Reed filed the instant "Petition for Removal" against Defendant, "Illinois Court of Appeals, First District (1-23-0478) on appeal from Circuit Court of

Cook County, Illinois (17COTD3838), et. al." A copy of the Petition for Removal is attached as **Exhibit P**.

30.     The Petition for Removal alleges that the Illinois appellate and trial courts violated his due process rights under the 5th, 7th, 8th, and 14th Amendments in their rulings in the Tax Case, the 2023 Appeal, Cook County Circuit Court Case Number 2013 CH 28231 ("Foreclosure Case"), and Cook County Circuit Court Case Number 2017 CH 8139, which was consolidated with the Foreclosure Case.

31.     Broadway is not named anywhere in the Petition for Removal.

32.     On October 5, 2023, Broadway filed a motion to dismiss the 2023 Appeal pursuant to the August 23, 2023 Order.

33.     On October 16, 2023, the appellate court entered an order dismissing the 2023 Appeal. A copy of the October 16, 2023 Order is attached as **Exhibit Q**.

34.     On October 23, 2023, Reed filed a motion in the 2023 Appeal requesting the appellate court vacate the October 16, 2023 Order.

35.     On October 30, 2023, the appellate court denied Reed's motion to vacate the October 16, 2023 Order. A copy of the October 30, 2023 Order is attached as **Exhibit R**.

36.     On December 5, 2023, the appellate court in the 2023 Appeal issued a mandate that the October 16, 2023 Order was a final judgment of the 2023 Appeal. A copy of the December 5, 2023 Mandate is attached as **Exhibit S**.

37.     On January 17, 2024, Broadway filed a motion to lift the stay of its possession order for the Property following the dismissal of the 2023 Appeal.

38.     Reed argued in response that the Petition for Removal constituted a removal of the Tax Case and 2023 Appeal and therefore the trial court had no jurisdiction to lift the stay.

39.     On March 12, 2024, pursuant to Reed's objection, the trial court in the Tax Case maintained the stay and instructed the parties to file briefs regarding the court's jurisdiction. A copy of the March 12, 2024 Order is attached as **Exhibit T**.

40.     On June 6, 2024, the trial court entered an order stating that the Petition for Removal constituted a removal of the Tax Case to this Court. A copy of the June 6, 2024 Order is attached as **Exhibit U**.

**Argument**

**I.     This Matter Should be Dismissed for Lack of Subject-Matter Jurisdiction Pursuant to the Rooker-Feldman Doctrine.**

41.     Federal Rule of Civil Procedure Rule 12(b)(1) states that a party may bring a motion to assert the defense that a claim lacks subject matter jurisdiction. Fed. R. Civ. P. 12(b)(1). In this case, this Court lacks subject matter jurisdiction over Reed's Petition for Removal pursuant to the Rooker-Feldman doctrine.

42.     The United States Supreme Court has held that, "[the Rooker-Feldman] doctrine prohibits federal courts from adjudicating cases brought by state-court losing parties challenging state-court judgments." *Reed v. Goertz*, 598 U.S. 230, 235 (2023). The doctrine states that lower federal courts do not have subject matter jurisdiction to review state court civil decisions. *Edwards v. Illinois Bd. of Admissions to Bar*, 261 F.3d 723, 728 (7th Cir. 2001). "Plaintiffs must instead seek review through the state court system and, if necessary, petition the United States Supreme Court for a writ of certiorari." *Id*.

43.     Federal courts have held that the doctrine applies to any claims seeking to invalidate a state court's rulings. *See Jakupovic v. Curran*, 850 F.3d 898, 902 (7th Cir. 2017) ("Claims that directly seek to set aside a state court judgment are *de facto* appeals that are barred without further analysis." (emphasis in original)). Federal courts have held that doctrine still applies even if the

6

face of the federal pleading does not require a review of the state court's decision when the claim is "inextricably intertwined" with the state court's ruling. *Id*. "[T]he crucial point is whether the district court is essentially being called upon to review the state court decision." *Id*. As stated by the court in *Jakupovic*:

> Ultimately, the determination hinges on whether the federal claim alleges that the injury was caused by the state court judgment, or alternatively, whether the federal claim alleges an independent prior injury that the state court failed to remedy. If we determine that a claim is inextricably intertwined with a state court judgment—that is, that the former indirectly seeks to set aside the latter—then we must determine whether the plaintiff had a reasonable opportunity to raise the issue in state court proceedings. If so, the claim is barred.

*Id*. (internal citations and quotations omitted).

44.     It is irrefutable that Reed's Petition for Removal seeks to set aside every ruling made in the Tax Case, the 2023 Appeal, and the Foreclosure Case for the past six and a half years. As stated in his prayer for relief, Reed seeks, among other things:

> [A] Declaratory Judgment that all Judgments and Orders of the Circuit Court of Cook County, Illinois entered on or after December 4, 2017 and/or on or after December 7, 2017, are "void ab initio" for violation of the due process requirements of the 5th, 7th, 8th, and 14th [Amendments] to the U.S. Constitution, and Order of Vacatuer with prejudice of all such Judgments and Orders in cases 17COTD3838, 13CH28231, and in case 1-23-0478…

Ex. Q, p. 6.

45.     It is clear that Reed's Petition for Removal is nothing more than a *de facto* appeal of various state court rulings which were adverse to Reed. A judgment was entered against Reed in the Tax Case. Reed then appealed that judgment in the 2018 Appeal. However, the 2018 Appeal was ultimately dismissed. When Broadway obtained an order of possession in the Tax Case, Reed appealed again in the 2023 Appeal. Then, after the appellate court in the 2023 Appeal entered an order that was adverse to him, Reed filed the instant Petition for Removal.

7

46.     It is clear from Reed's conduct that the Petition for Removal is merely a third attempt to appeal the judgment and orders entered in the Tax Case. Yet, because the First District Illinois Appellate Court already ruled against him twice, he now tries to appeal to the Northern District of Illinois.

47.     Reed's Petition for Removal does not state an independent claim. Instead, he seeks to set aside and invalidate the Illinois state court rulings by claiming his due process rights were violated by the state courts themselves.

48.     Regardless of how Reed tries to characterize his Petition for Removal, it is merely an appeal to this federal district court of the Illinois state courts' rulings. Pursuant to the Rooker-Feldman doctrine, this Court lacks subject-matter jurisdiction over this matter. As such, Reed's Petition for Removal should be dismissed with prejudice.

## II.     Alternatively, this Matter Should Be Remanded for Lack of Subject-Matter Jurisdiction.

49.     Broadway is not named as a defendant or even mentioned in Reed's Petition for Removal. Instead, Reed's Petition for Removal names Illinois state courts as defendants and asserts a claim that those courts violated his due process rights. Reed's Petition for Removal therefore constitutes an independent lawsuit.

50.     However, Reed has argued in front of the Illinois state courts that they lack jurisdiction over the Tax Case and the 2023 Appeal because those matters were removed to this Court as a result of his Petition for Removal. United States Code Section 1447 states that, "[i]f at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C.A. § 1447(c). Should this Court find that Reed's Petition for Removal constitutes an attempt to remove the Tax Case instead of being in independent lawsuit

against the Illinois state courts, this matter should be remanded back to the state courts for lack of subject-matter jurisdiction.

51.     Reed's Petition for Removal states that this matter is entitled to removal pursuant to United States Code Section 1331. Ex. Q, p. 1. Section 1331 states, "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C.A. § 1331. Reed's Petition for Removal argues that this matter is subject to removal pursuant to federal question jurisdiction because the Illinois state courts in the Tax Case and 2023 Appeal violated his Constitutional rights to due process.

52.     Without addressing the validity of Reed's due process claims, it is clear that there is no federal question jurisdiction in this case because no federal question was pled in the initial pleading, RDG's Petition for Tax Deed. The United States Supreme Court has held that, "[t]he presence or absence of federal-question jurisdiction is governed by the 'well-pleaded complaint rule,' which provides that federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987). The Supreme Court further states that a plaintiff, "may avoid federal jurisdiction by exclusive reliance on state law." *Id*.

53.     The complaint that initiated the Tax Case and 2023 Appeal was the Petition for Tax Deed filed by RDG in 2017. The well-pleaded complaint rule states that, in order for this matter to be removed for federal question jurisdiction, the Petition for Tax Deed must present a federal question on its face. Yet, a review of the Petition for Tax Deed shows no federal question whatsoever. Rather, the Petition for Tax Deed relies solely on Illinois statutory law regarding property taxes. Ex. A, p. 2. With no indication of any federal question being presented in the

Petition for Tax Deed, Reed is not entitled to remove the Tax Case and 2023 Appeal to federal court.

54.     Additionally, Reed's Petition for Removal does not even argue that the Petition for Tax Deed presented a federal question. Instead, Reed's Petition for Removal argues solely that this Court has federal question jurisdiction over the Tax Case and 2023 Appeal because of the Illinois state court's violation of his due process rights. This does not provide this Court with federal question jurisdiction under the well-pleaded complaint rule. Therefore, the removal of this matter was improper and this matter should be remanded back to the Illinois state courts.

## Conclusion

55.     Reed's Petition for Removal is nothing more than a de facto appeal of the state court rulings in the Tax Case and 2023 Appeal. As such, it should be dismissed pursuant to the Rooker-Feldman doctrine.

56.     Alternatively, this case should be remanded for lack of federal question jurisdiction pursuant to the well-pleaded complaint rule.

WHEREFORE, third-party intervenor, Broadway Irving Park LLC, respectfully requests this Court dismiss the Petition for Removal filed by Plaintiff, James Reed, pursuant to Rule 12(b)(1), or in the alternative remand this matter to state court, and for any other relief this Court deems just.

Marty J. Schwartz (#3124462)                    Broadway Irving Park LLC
Benjamin T. Weber (#6330614)
Schain Banks Kenny & Schwartz
Three First National Plaza
Suite 5400
Chicago, Illinois 60602
312/345-5700                                    By: /s/ Benjamin T. Weber
mschwartz@schainbanks.com                           One of their attorneys
bweber@schainbanks.com

# EXHIBIT A

County Division Action Cover Sheet        (6/29/17) CCCO 0520

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, COUNTY DIVISION**

In the Matter of the Application, etc.

           Plaintiff/Petitioner

v.

RDG Fund-5 LNS LLC

           Defendant/Respondent

No. _____

2017COTD005838
CALENDAR/ROOM 8
TIME 00:00
Tax Deed

**COUNTY DIVISION ACTION COVER SHEET**

A County Division Action Cover Sheet shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please select the appropriate general category and then check the subcategory thereunder, if applicable, that best characterizes your action.

## MENTAL HEALTH PROCEEDINGS:

❑ **0003** Petition for Involuntary Commitment/Treatment under Mental Health & Developmental Disabilities Code (Mental Health 405 ILCS 5/1-100 et seq.)
     Jury Demand ❑ Yes ❑ No
❑ **0011** Petition for Writ of Habeas Corpus
❑ **0010** Petition to review records of treatment under the Mental Health & Developmental Disabilities Code (Mental Health 405 ILCS 5/1-100 et seq.)

## ADOPTION PROCEEDINGS:

Petition for Adoption (750 ILCS 50/1 et seq.)
     ❑ **0001** Petitioner(s) related to adoptee
     ❑ **0006** Petitioner not related to adoptee
     ❑ **0007** Adult adoption
❑ **0029** Petition to Establish Putative Father Identification (750 ILCS 50/12a)
❑ **0002** Petition for Appointment of a Confidential Intermediary (750 ILCS 50/18.3a)
❑ **0034** Action brought under the Abandoned New Born Infant Act (325 ILCS 2/1 et seq.)
❑ Other: _____

## REAL ESTATE TAX MATTERS:

❑ **0031** Actions to Collect Unpaid Tax/Tax Sale Bid
❑ **0041** Administrative Review of Decision of the Property Tax Appeal Board (35 ILCS 200/16-195)
❑      Tax Objection Complaints (35 ILCS 200/23-15)
     ❑ **0024** Valuation Complaint
     ❑ **0025** Tax Rate Complaint
❑ **0033** Action Seeking Payment from the Indemnity Fund (35 ILCS 200/21-305)
☑ **0026** Petition for Tax Deed and Related Proceedings (including petitions brought under 735 ILCS 5/2-1401)
❑ **0027** Petition to Expunge Redemption
❑ **0028** Petition for Relief Prior to Filing of Petition for Tax Deed

**Hearing Date on Take Notice**

March 21, 2018      **Calendar 8, 9:30 a.m.**

Actions relating to Collectors Application for Judgment and Order of Sale (35 ILCS 200/21-175)
     ❑ **0012** Annual Tax Sale
     ❑ **0013** Scavenger Tax Sale
❑ **0045** Certificates of Error
❑ **0042** Petition to Vacate Tax Sale
❑ **0051** Real Estate Tax Refund
❑ **0040** Special Assessment

## ELECTION MATTERS:

❑ **0021** Review of Actions of an Electoral Board (10 ILCS 5/10-10.1)
❑ **0022** Election Contest as authorized under Article 8 of the Election Code (10 ILCS 5/23.1 et seq.)
❑ **0023** Petition seeking the appointment of a public member to an electoral board
❑ Other: _____

## OTHER ACTIONS:

❑ **0014** Action brought under the Emancipation of Minors Act (750 ILCS 30/1 et seq.)
❑ **0015** Petition seeking judicial approval of an underage marriage (750 ILCS 5/208 et seq.)
❑ **0037** Action brought under the Estray and Lost Property Act (765 ILCS 1020/0.01 et seq.)
❑ **0073** Petition to collect Estate Tax
❑ **0038** Petition seeking Annexation to a taxing body
❑ **0039** Petition seeking Disconnection from a taxing body
❑ **0056** Petition seeking commitment/treatment/isolation of persons infected with a contagious disease (20 ILCS 2305/2)
❑ **0017** Action concerning the operation of Drainage Districts (70 ILCS 605/1-1 et seq.)
❑ **0018** Action brought under Article 14 of the School Code (105 ILCS 5/14-1 et seq.)
❑ **0046** Civil Asset Forfeiture
❑ **0049** Petition to Change Name
❑ **0047** Administrative Filing (Mechanic Lien)
❑ **0055** Gestational Surrogacy
❑ **0075** Delayed Record of Birth
❑ **0074** Child of Assisted Reproduction
❑ Other: _____
**By:** _____
☑ Atty. No.: 43216      ❑ Pro Se 99500

Primary Email: kevin@skalniklaw.com      Secondary Email: karly@skalniklaw.com
Tertiary Email: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
Page 1 of 1

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT -- COUNTY DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION | ) | 3/21/18 |
| OF THE COUNTY TREASURER AND EX- | ) | |
| OFFICIO COUNTY COLLECTOR OF COOK | ) | |
| COUNTY, ILLINOIS, FOR ORDER OF | ) | |
| JUDGMENT AND SALE AGAINST REAL | ) | No. |
| ESTATE RETURNED DELINQUENT FOR | ) | |
| THE NONPAYMENT OF GENERAL TAXES | ) | Certificate No.: **13-0002359** |
| FOR THE YEAR **2013** | ) | |
| | ) | |
| PETITIONER: **RDG FUND-5 LNS LLC** | ) | |

PETITION FOR TAX DEED

TO THE HONORABLE JUDGE[S] OF SAID COURT:

Now comes **RDG FUND-5 LNS LLC** , Petitioner, by Kevin Skalnik, its attorney, and states as follows:

1. The following described real estate was sold at the sale of lands and lots for nonpayment of general taxes and/or special assessments for the year(s) **2013** pursuant to the judgment and order of sale in the above entitled County Collector's application for judgment and order of sale, and your Petitioner is the owner and holder of the Certificate of Purchase issued pursuant thereto, a true and correct copy of which is attached hereto as Exhibit A, to wit:

See Exhibit B attached (Legal Description)

Permanent Index Number: **12-36-300-088-0000**

2. The said parcel of real estate has not been redeemed from said tax sale as of the date of filing this petition.

3. Upon compliance with all of the provisions of law relating thereto, Petitioner will be entitled to the entry of an order directing the County Clerk to issue a tax deed conveying the said parcel of real estate to Petitioner unless redemption is made within the time and in the manner provided by law.

WHEREFORE, your Petitioner prays that an Order be entered finding:

(a) That the Court may enter an order directing the County Clerk to issue a tax deed conveying the above described parcel of real estate to Petitioner if said parcel of real estate shall not be redeemed within the time and in the manner provided by law.

(b) That the Court may enter such orders and issue such writs as may be necessary or desirable to maintain Petitioner or its assigns as grantee of said tax deed in possession of said parcel of real estate.

(c) Petitioner further asks that if the Court should find that Petitioner shall have failed to comply with the requirements of Section 22-5 through 22-35 of the Property Tax Code (35 ILCS 200/22-5 through 200/22-35), said sale(s) be ordered a sale in error and the sale price and all subsequently paid taxes and all costs be refunded to your Petitioner in accordance with Section 22-50 of the Property Tax Code (35 ILCS 200/22-50).

(d) That the Court may enter such other and further orders as may be just and proper in the premises.

RDG FUND-5 LNS LLC, Petitioner

_____

Its Attorney - Kevin Skalnik

Kevin Skalnik
Law Office of Kevin A. Skalnik, P.C.
30 S. Wacker Dr., Ste. 1635
Chicago, IL 60606
Office: (312) 698-3595
Fax: (312) 827-9524
Attny. No. 43216
Kevin@skalniklaw.com

Category:CERTI DF PURCH SALE S Document Number:0000000000 SubType:PT-14 Page:24 of 121 Page(s) pt167

STATE OF ILLINOIS )
                   ) ss
COUNTY OF COOK    )

**CERTIFICATE NUMBER** 13-0002359

## --CERTIFICATE OF PURCHASE--

### FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2013 , ETC.

I, DAVID D. ORR, County Clerk in and for the County and State aforesaid
DO HEREBY CERTIFY THAT **RDG FUND-5   LNS LLC**               did, on the day hereinafter set
forth , purchase at Public Auction, at the Court House in CHICAGO, the property designated by
PERMANENT REAL ESTATE NUMBER **1 2 - 3 6 - 3 0 0 - 0 8 8 - 0 0 0 0**, situated in said County for
the taxes, interest and costs due and unpaid thereon for the tax year 2013 and prior and paid
as purchase money on said property the total amount of taxes, interest and costs thereon as
stated herein.

VOLUME   **0 7 2**         PERMANENT INDEX NUMBER     **1 2 - 3 6 - 3 0 0 - 0 8 8 - 0 0 0 0**

| TAXES | Date of Sale | Rate of Percent Sold | | | Total Amt. of TAXES and Interest | Date Paid |
|---|---|---|---|---|---|---|
| | 08/03/15 | 0.00 | Tax | 4,324.23 | | 08/03/15 |
| GENERAL 2013 | | | Interest | 843.18 | | |
| | | | | | 5,167.41 | |
| BACK TAX YRS - | | | Tax Interest | | | |
| SPECIAL ASSESSMENT 2014 | | | Tax Interest | | | |
| STATUTORY TREASURER FEES | | | | | 200.00 | |
| STATUTORY CLERK FEES | | | | | 47.00 | |
| PRIOR YEARS' SPECIAL & GENERAL TAXES | | | | | | |
| | | | | | .00 | |
| | | | | | | |
| | | | | | | |
| TOTAL | | | | | 5,414.41 | |

Received this  **09**  day of  **NOVEMBER**     , 2015   , the sum of $  **5,414.41**  the
amount of the purchase money on the above property.

If the aforesaid property is not redeemed in the manner and within the time provided
by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance
with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance
for said real estate herein described by said permanent index number; provided that unless the
holder of this certificate shall take out said deed, as entitled by law, and file same for
record within one year from and after expiration of the time of redemption, the said certificate
or deed, and the sale upon which it is based, shall from and after the expiration of one year,
be absolutely null.

WITNESS my hand and the official seal at CHICAGO in said County
this     **09**     day of  **NOVEMBER** , A.D., 2015

Assessee:

Countersigned:

*Maria Pappas*
County Treasurer and Ex-Officio Collector
of Cook County

*David D. Orr*
County Clerk of Cook

SEAL OF COOK COUNTY ILLINOIS

**EXHIBIT**
A

THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ERASURES VOID THIS CERTIFICA...

LEGAL DESCRIPTION:

LOT 4 IN COUNTRY CLUB WOODLANDS, INC., A SUBDIVISION OF THE WEST 1/2 OF
THE NORTH 8 ACRES OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 36,
TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN
COOK COUNTY,
ILLINOIS

PIN: 12-36-300-088-0000



# EXHIBIT B

Application for an Order Directing the County Clerk To Issue Tax Deed

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF APPLICATION, ETC.                 )        Court Date: July 18, 2018
                                                   )
                                                   )        Case No.: 2017 CoTD 003838
PETITION OF RDG FUND-5 LNS LLC                     )
FOR TAX DEED                                       )

APPLICATION FOR AN ORDER DIRECTING THE
COUNTY CLERK TO ISSUE A TAX DEED

Now comes **RDG Fund-5 LNS LLC** (hereinafter referred to as "Petitioner"), by Kevin
Skalnik, its attorney, and applies for an Order Directing County Clerk to Issue Tax Deed and for
other relief. In support thereof, Petitioner states as follows:

1.    Date of Tax Sale:          **August 3, 2015**

2.    Taxes Purchased:           Annual Tax Sale, Years Purchased **2013**

                                 Scavenger Tax Sale, Years Purchased    **N/A**

                                 Forfeiture Tax Sale, Years Purchased **N/A**

                                 Special Assessment Sold,      **N/A**
                                                               (Municipality, Warrant, Install.)

3.    Name of Purchaser: **RDG Fund-5 LNS LLC**

      Certificate of Purchase has been assigned as follows:

4.    Certificate of Purchase Number:          **13-0002359**

      A copy of the certificate is attached as Exhibit "A".

5.    Permanent (Property) Index Number:    **12-36-300-088-0000**

6.    Property Located at:       **7942 W. County Club Ln., Elmwood Park, IL 60707**

7.    Petition for Tax Deed filed on: **November 7, 2017**

      Amended Petition for Tax Deed filed on:        **N/A**

8.    The original period of redemption expired on: **February 8, 2018**

      The period of redemption was extended. The period of redemption, as extended,
      expired on: **March 7, 2018**

Copies of all extensions of the period of redemption are attached hereto as Group Exhibit "B".

9.      The name and address of the party in whose name the taxes were last assessed as shown by the most recent tax collector's warrant books on the date the notice required by 35 ILCS 200/22-5 was **Cazares Pablo, 7942 W. County Club Ln., Elmwood Park, IL 60707.** Notice required by said Section of the Property Tax Code was delivered to the County Clerk for mailing on **December 9, 2015.** A copy of said Notice is attached hereto as Exhibit "C"

10.     The parties who are owners, occupants and parties interested in the subject property are as follows:

Occupant

Pablo Cazares

7942 Country Club, Inc., c/o The Tracy Firm, Ltd.

CHI4005 LLC, c/o Martin Flores

CHI4005 LLC, c/o Secretary of State Jesse White

7942 Country Club, Inc., c/o Jeff Nelson

Adrian Ruiz

David D. Orr, County Clerk for Cook County

A copy of the evidence of search of public records is attached hereto as Exhibit "D".

11.     The Sheriff's Notice required by 35 ILCS 200/22-10 is attached hereto as Exhibit "E". The Sheriff's returns of service indicate the following:

| Name of Party | Address of Service | Manner and Date of Service |
|---|---|---|
| Occupant | 7942 W. Country Club Ln., Elmwood Park, IL 60707 | No Service |
| Pablo Cazares | 7942 W. Country Club Ln., Elmwood Park, IL 60707 | No Service |

| 7942 Country Club, Inc., c/o The Tracy Firm, Ltd. | 800 W. Fifth Ave., Ste. 201A, Naperville, IL 60563 | Service by Certified Mail on 11/7/17 |
|---|---|---|
| CHI4005 LLC, c/o Martin Flores | 2103 N. Pulaski Rd., Chicago, IL 60639 | No Service |
| CHI4005 LLC, c/o Secretary of State Jesse White | 69 W. Washington St., #1240, Chicago, IL 60602 | Corporate Service on Sue Fu on 12/5/17 |
| 7942 Country Club, Inc., c/o Jeff Nelson | 312 Busse Hwy., Park Ridge, IL 60068 | No Service |
| Adrian Ruiz | 7942 W. Country Club Ln., Elmwood Park, IL 60707 | No Service |
| David D. Orr, Cook County Clerk | 69 W. Washington St., Chicago, IL 60602 | Corporate Service on Ruth Coyle on 11/13/17 |

The Clerk's Notice required by 35 ILCS 200/22-25 was placed with the Clerk of the Circuit Court of Cook County. A copy of said notice is attached hereto as Exhibit "F".

12.    The Publication Notice required by 35 ILCS 200-22-20 was published in the Chicago Law Bulletin, a newspaper in Cook County, Illinois **November 14th, 15th, 16th, 2017.** A copy of the Certificate of Publication is attached hereto as Exhibit "G".

13.    The subject property was inspected by Petitioner or a person acting as their agent during the notice serving period. The person who inspected the subject property will testify at the hearing on the Application. The subject property is a **Two Story Residence.**

[ ]    Inspector did not photograph the subject property;

[ ]    A photograph that truly and accurately portrays the subject property on the date the photograph was taken is attached hereto as Exhibit __.

[X]    A photograph is not attached.

14.    The following general taxes arising subsequent to the sale of the property are as follows **2013-2017** Annual Taxes and will be paid prior to the entry of the Order requested by this Application.

15.    The following are the amount outstanding claimed advances of public funds under the police powers of any municipality which must be reimbursed pursuant to 35 ILCS 200/22-35 prior to the issuance of the Order requested:

| Municipality | Document No. | Face Amount of Claim for Lien |
|---|---|---|
| N/A | | |

WHEREFORE, RDG Fund-5 LNS LLC, Petitioner applies for the entry of an Order Directing County Clerk to Issue Tax Deed and for Other Relief.

RDG Fund-5 LNS LLC

By:_____
Kevin Skalnik

Law Office of Kevin A. Skalnik
30 South Wacker Drive
Suite 1635
Chicago, IL 60606
(773) 386-8188
#43216

Case: 1:16-cv-04905 Document #: 30 Filed: 07/05/2017 Page 32 of 121 PageID #:1005

STATE OF ILLINOIS )
           ) ss.
COUNTY OF COOK )

CERTIFICATE NUMBER 13-0002359

## --CERTIFICATE OF PURCHASE--

### FOR GENERAL TAXES AND SPECIAL ASSESSMENTS, A.D. 2013 , ETC.

         I, DAVID D. ORR, County Clerk in and for the County and State aforesaid DO HEREBY CERTIFY THAT **RDG FUND-5     LNS LLC** did, on the day hereinafter set forth, purchase at Public Auction, at the Court House in CHICAGO, the property designated by PERMANENT REAL ESTATE NUMBER 1 2 - 3 6 - 3 0 0 - 0 8 8 - 0 0 0 0, situated in said County for the taxes, interest and costs due and unpaid thereon for the tax year 2013 and prior and paid as purchase money on said property the total amount of taxes, interest and costs thereon as stated herein.

VOLUME 0 7 2         PERMANENT INDEX NUMBER   1 2 - 3 6 - 3 0 0 - 0 8 8 - 0 0 0 0

| TAXES | Date of Sale | Rate of Percent Sold | | | Total Amt. of TAXES and Interest | Date Paid |
|---|---|---|---|---|---|---|
| GENERAL 2013 | 08/03/15 | 0.00 | Tax Interest | 4,324.23 843.18 | | 08/03/15 |
| | | | | | 5,167.41 | |
| BACK TAX YRS - | | | Tax Interest | | | |
| SPECIAL ASSESSMENT 2014 | | | Tax Interest | | | |
| STATUTORY TREASURER FEES | | | | | 200.00 | |
| STATUTORY CLERK FEES | | | | | 47.00 | |
| PRIOR YEARS' SPECIAL & GENERAL TAXES | | | | | .00 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | | | | | 5,414.41 | |

Received this 09 day of NOVEMBER , 2015 , the sum of $ 5,414.41 the amount of the purchase money on the above property.

         If the aforesaid property is not redeemed in the manner and within the time provided by law, the above-named purchaser, his heirs or assigns, will, upon application and compliance with the provisions of law pertaining thereto, be entitled to receive a deed of conveyance for said real estate herein described by said permanent index number; provided that unless the holder of this certificate shall take out said deed, as entitled by law, and file same for record within one year from and after expiration of the time of redemption, the said certificate or deed, and the sale upon which it is based, shall from and after the expiration of one year, be absolutely null.

         WITNESS my hand and the official seal at CHICAGO in said County this 09 day of NOVEMBER , A.D., 2015

Assessee:

Countersigned:

_Maria Pappas_
County Treasurer and Ex-Officio Collector
of Cook County

_David D. Orr_
County Clerk of Cook

**EXHIBIT**
A

THIS DOCUMENT HAS A COLORED BACKGROUND. ANY ERASURES VOID THIS CERTIFICATE

STATE OF ILLINOIS     )
                          ) SS:
COUNTY OF COOK     )

## NOTICE OF EXTENSION OF PERIOD OF REDEMPTION

YEAR SOLD: **2013**

VOLUME: **72**

CERTIFICATE OF SALE NO. **13-0002359**

PROPERTY INDEX NO. **12-36-300-088-0000**

DATE OF SALE: **August 3, 2015**

EXTENDED REDEMPTION DATE: **February 8, 2018**

TO THE COUNTY CLERK OF COOK COUNTY, ILLINOIS:

    KEVIN SKALNIK, being first duly sworn, deposes and says that:

    1.  He is the attorney for the owner and holder of the Certificate of Sale for the Tax Sale above mentioned covering the above-stated Volume and Property Index Number.

    2.  Affiant further deposes and says that the owner and holder of said Certificate of Sale does hereby extend the time of redemption to and including the date indicated above in accordance with the provisions of the Property Tax Code.

This Notice was served upon the County Clerk
Cook County On _____

Law Office of Kevin A. Skalnik, P.C.
30 South Wacker Drive
Suite 1635
Chicago, Illinois 60606
312-698-3595
Attorney Number 6290775
Tax Buyer: RDG FUND-5 LNS LLC

COOK CO. CLERK OFFICE

NOV 17 2015

DAVID ORR



**EXHIBIT**

B1

STATE OF ILLINOIS )
                  )    SS:

COUNTY OF COOK )

## NOTICE OF EXTENSION OF PERIOD OF REDEMPTION

YEAR SOLD: **2013**

VOLUME: **72**

CERTIFICATE OF SALE NO. **13-0002359**

PROPERTY INDEX NO. **12-36-300-088-0000**

DATE OF SALE: **August 3, 2015**

EXTENDED REDEMPTION DATE: **March 7, 2018**

TO THE COUNTY CLERK OF COOK COUNTY, ILLINOIS:

      KEVIN SKALNIK, being first duly sworn, deposes and says that:

      1. He is the attorney for the owner and holder of the Certificate of Sale for the Tax Sale above mentioned covering the above-stated Volume and Property Index Number.

      2. Affiant further deposes and says that the owner and holder of said Certificate of Sale does hereby extend the time of redemption to and including the date indicated above in accordance with the provisions of the Property Tax Code.

This Notice was served upon the County Clerk
Cook County On _____

Law Office of Kevin A. Skalnik, P.C.
30 South Wacker Drive
Suite 1635
Chicago, Illinois 60606
312-698-3595
Attorney Number 6290775
Tax Buyer: RDG FUND-5 LNS LLC



EXHIBIT

B2

·CAZARES PABLO
7942 W COUNTRY CLUB LN
ELMWOOD PK , IL 60707

# T A K E  N O T I C E

COUNTY OF COOK

Date Premises Sold **August 3, 2015**

Certificate No. **13-0002359**

Co. Ck. Notices
($13.40)+4.00=$17.44    DEC 09 2015

Sold for General Taxes of (year) **2013**

Sold for Special Assessment of (Municipality) <u>NOT APPLICABLE</u> and Special Assessment Number <u>NOT APPLICABLE</u>

Warrant No. <u>NONE</u>     Installment No. <u>NONE</u>

### THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

Property Located At: **7942 W COUNTRY CLUB LN , ELMWOOD PARK , IL 60707**

Legal Description or Property Index No. **12-36-300-088-0000**

Volume 72

    This notice is to advise you that the above property has been sold for delinquent taxes, and that the period of redemption from the sale will expire on **February 08, 2018.**

    This notice is also to advise you that a petition will be filed for a tax deed which will transfer title and the right to possession of this property if redemption is not made on or before **February 08, 2018.**

    At the date of this notice, the total amount which you must pay in order to redeem the above property is **$19,294.75.**

### <u>YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY</u>

    Redemption may be made at any time on or before **February 08, 2018** by applying to the County Clerk of Cook County, Illinois, at the Office of the County Clerk at, 118 North Clark Street, Room 434, Chicago, Illinois 60602.

    <u>The above amount is subject to increase at six-month intervals from the date of sale.  Check with the County Clerk as to the exact amount you owe before redeeming.  Payment must be made by certified check, cashier's check, money order or in cash.</u>

FOR FURTHER INFORMATION, CONTACT THE COUNTY CLERK.

ADDRESS:  118 North Clark Street, Room 434, Chicago, Illinois 60602

TELEPHONE:  312-603-5645

RDG FUND-5 LNS LLC

Dated this **9**th day of **December 2015**



EXHIBIT
C

# RIDGE TITLE AGENCY

**ADDRESS:** 7942 W. COUNTRY CLUB LANE
ELMWOOD PARK

**CLIENT:** RDG FUND-5 LNS LLC

**PROPERTY TAX:** 12-36-300-088-0000

**LAST GRANTEE OF RECORD:** 7942 COUNTRY CLUB INC.

**REF:** X

**TAX INFORMATION:** 2013 TAXES SOLD TO RDG FUND-5 LNS LLC @ 0% ON 08/03/2015 FOR $5,414.41; CERTIFICATE NO. 13-2359; ADDED 2014 1ST $6883.88, 2014 2ND $5,482.10, 2015 1ST $6,401.41, 2015 2ND $5,556.80 & 2016 1ST $6,568.32; REDEMPTION EXTENDED TO 02/08/2018

**LEGAL DESCRIPTION:** LOT 4 IN COUNTRY CLUB WOODLANDS, INC., A SUBDIVISION OF THE WEST 1/2 OF THE NORTH 8 ACRES OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 36, TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

| DOCUMENT | TYPE | DATED | FILED | GRANTOR | GRANTEE |
|---|---|---|---|---|---|
| 1222929017 | D | 06-27-12 | 08-16-12 | ING BANK, FSB | 7942 COUNTRY CLUB INC. |
| 1609116018 | LPN | 09-25-15 | 03-31-16 | CHI 4005 LLC 15CH 14052 | WELLINGTON PULASKI CONDO ASSOC, 7942 COUNTRY CLUB INC. AND JAMES REED |

**JUDGMENT INFO:** NO JUDGMENTS FOUND

**COVER DATE:** 06-09-17

**SEARCH DATE:** 06-22-17

**FEE:** $110.00

Ridge Title Agency is covered by an Errors and Omissions Policy-for details contact the company. This search should not be construed as Title Insurance Policy, although this search is covered by an Errors and Omissions Policy for your protection.

111 W. Washington Street, Suite 1225, Chicago, IL 60602


EXHIBIT

## NOTICE TO ORIGINAL OWNERS AND OCCUPANTS
### CIRCUIT COURT OF COOK COUNTY, (COUNTY DIVISION), ILLINOIS

Tax Deed No. **2017 CoTD 003838**                    Filed **October 31, 2017**

### TAKE NOTICE

County of Cook
Date Premises Sold: **August 3, 2015**
Certificate No. **13-0002359**
Sold for General Taxes of **2013**
Sold for Special Assessment of [Not Applicable]
Warrant No.: [Not Applicable]          Installment No.: [Not Applicable]

### THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

Property Location: **7942 W COUNTRY CLUB LN , ELMWOOD PARK , IL 60707**

Legal Description or Property Index No. **12-36-300-088-0000**

Volume 72

    This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on **March 7, 2018** .

    The amount to redeem is subject to increase at 6-month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming.

    This notice is also to advise you that a petition has been filed for a tax deed that will transfer title and the right to possession of this property if redemption is not made on or before **March 7, 2018.**

    This matter is set for hearing in the Circuit Court of Cook County, Chicago, Illinois, Richard J. Daley Center, 50 West Washington Street, Chicago, Illinois 60602, Room 1704 **(Calendar 8)** on **March 21, 2018 at 9:30 A.M.**

    You may be present at this hearing, but your right to redeem will already have expired at that time.

### YOU ARE URGED TO REDEEM IMMEDIATELY
### TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before **March 7, 2018** , by applying to the County Clerk of Cook County, 118 North Clark Street, Room 434, Chicago, Illinois 60602.

FOR FURTHER INFORMATION CONTACT THE OFFICE OF THE COUNTY CLERK AT

ADDRESS: 118 North Clark Street, Room 434, Chicago, Illinois 60602
TELEPHONE: 312-603-5645

                RDG FUND-5 LNS LLC, Tax Purchaser or Assignee

_____
                Clerk of the Circuit Court

**EXHIBIT**
F

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

MAIL TO FOLLOWING PERSONS

Occupant
7942 W. Country Club Ln., Elmwood Park, IL 60707

Pablo Cazares
7942 W. Country Club Ln., Elmwood Park, IL 60707

7942 Country Club, Inc., c/o The Tracy Firm, Ltd.
800 W. Fifth Ave., Ste. 201A, Naperville, IL 60563

CHI4005 LLC c/o Martin Flores
2103 N. Pulaski Rd., Chicago, IL 60639

CHI4005 LLC c/o Secretary of State Jesse White
69 W. Washington St., #1240, Chicago, IL 60602

7942 Country Club, Inc. c/o Jeff Nelson
310 Busse Hwy, Park Ridge, IL 60068

Adrian Ruiz
7942 W. Country Club Ln., Elmwood Park, IL 60707

11/1/2017, 1:12 PM



Certificate of Mailing

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>PETITION OF: RDG FUND-5 LNS LLC</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>Case No. <strong>2017 CoTD 003838</strong></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
</table>

I, **Dorothy Brown** , Clerk of the Circuit Court of Cook County, in and for said County, in the State of Illinois, do hereby certify that on _____, 2017, I sent by mail, postage prepaid, a Notice, a copy of which is hereto attached, marked [Exhibit A], to the following defendants and addressed as follows:

One copy to each of the following:

Occupant
7942 W. Country Club Ln., Elmwood Park, IL 60707

Pablo Cazares
7942 W. Country Club Ln., Elmwood Park, IL 60707

7942 Country Club, Inc., c/o The Tracy Firm, Ltd.
800 W. Fifth Ave., Ste. 201A, Naperville, IL 60563

CHI4005 LLC c/o Martin Flores
2103 N. Pulaski Rd., Chicago, IL 60639

CHI4005 LLC c/o Secretary of State Jesse White
69 W. Washington St., #1240, Chicago, IL 60602

7942 Country Club, Inc. c/o Jeff Nelson
310 Busse Hwy, Park Ridge, IL 60068

Adrian Ruiz
7942 W. Country Club Ln., Elmwood Park, IL 60707

Clerk_____

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

EXHIBIT "A"

# CERTIFICATE OF PUBLICATION

**Case No.** 2017COTD003838

12-36-300-088-0000

## LAW BULLETIN MEDIA

does hereby certify that it is the publisher of

## CHICAGO DAILY LAW BULLETIN

that said **CHICAGO DAILY LAW BULLETIN** is a secular newspaper that has been published **DAILY** in the city of Chicago, County of Cook, State of Illinois, continuously for more than one year prior to the first date of publication of the notice, appended, that it is of general circulation throughout said County and state, that it is a newspaper as defined in "An Act to revise the law in relation to notices," as amended, Illinois Compiled Statutes (715 ILCS 5/1 & 5/5), and that the notice appended was published in the said **CHICAGO DAILY LAW BULLETIN** on Nov 14, 15, 16, 2017

In witness thereof, the undersigned has caused this certificate to be signed and its corporate seal affixed at Chicago, Illinois.

**November 16, 2017**

**LAW BULLETIN MEDIA**

By _____



TO: PABLO CAZARES; 7942 COUNTRY Club, Inc., c/o The Tracy Firm, Ltd.; CH14005 LLC c/o Martin Flores; CH14005 LLC c/o Secretary of State Jesse White; 7942 Country Club, Inc. c/o Jeff Nelson; Adrian Ruiz; David D. Orr, County Clerk of Cook County, Illinois; spouses, heirs at law, devisees, if any, of the above mentioned persons, described as Unknown Owners; Occupants or persons in actual possession of real estate herein described; claimants, decree creditors, judgment creditors, if any, of the above, described as Unknown Owners; Unknown Owners and Parties interested in said real estate.

TAX DEED NO. 2017COTD003838

FILED October 31, 2017

TAKE NOTICE

County of Cook

Date Premises Sold: August 3, 2015

Certificate No. 13-0002359

Sold for General Taxes of 2013

Sold for Special Assessment of [municipality and special assessment no.] None

Warrant No. [N/A]

Installment No. [N/A]

THIS PROPERTY HAS BEEN SOLD FOR DELINQUENT TAXES

Property Located at 7942 W Country Club Ln, Elmwood Park, IL 60707.

Legal Description or Property Index No. 12-36-300-088-0000

Volume 72

This notice is to advise you that the above property has been sold for delinquent taxes and that the period of redemption from the sale will expire on March 7, 2018.

The amount to redeem is subject to increase at 6-month intervals from the date of sale and may be further increased if the purchaser at the tax sale or his or her assignee pays any subsequently accruing taxes or special assessments to redeem the property from subsequent forfeitures or tax sales. Check with the county clerk as to the exact amount you owe before redeeming.

This notice is also to advise you that a petition has been filed for a tax deed which will transfer title and the right of possession of this property if redemption is not made on or before March 7, 2018. This matter is set for hearing in the Circuit Court of Cook County, Room 1704, (Calendar 8) Richard J. Daley Center, 50 W. Washington St., Chicago, IL 60602, on March 21, 2018, at 9:30 A.M.

You may be present at this hearing, but your right to redeem will already have expired at that time.

YOU ARE URGED TO REDEEM IMMEDIATELY TO PREVENT LOSS OF PROPERTY

Redemption can be made at any time on or before March 7, 2018, by applying to the County Clerk of Cook County, 118 North Clark Street, Room 434, Chicago, IL 60602.

FOR FURTHER INFORMATION, CONTACT

L T S 3 0 6 7 1 0 7

LAW BULLETIN MEDIA
CORPORATE
**SEAL**
ILLINOIS

**EXHIBIT**

G

# CERTIFICATE OF PUBLICATION

THE COUNTY CLERK
Address: 118 North Clark Street, Room
434, Chicago, IL 60502
312 603-5645
    By: Purchaser or Assignee
      RDG FUND-5 LNS LLC
      312-698-3595
LTS3067107
Nov 14, 15, 16, 2017

# EXHIBIT C

ORIGINAL

STATE OF ILLINOIS )
)SS:
COUNTY OF C O O K )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF THE )
APPLICATION OF THE COUNTY )
TREASURER AND EX-OFFICIO )
COUNTY COLLECTOR OF COOK )
COUNTY, ILLINOIS FOR )
JUDGMENT AND ORDER OF SALE )
AGAINST LANDS REAL ESTATE )
RETURNED DELINQUENT FOR THE )
NON-PAYMENT OF GENERAL TAXES )No. 2017 COTD 003838
FOR THE YEAR 2013 )
AND PRIOR YEARS, )
RDG FUND-5 LNS, LLC, )
Petitioner. )

```
F I L E D
CO-1701
JUL 23 2018
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
```

REPORT OF PROCEEDINGS at the hearing of
the above-entitled case, before the Honorable
Laguina Clay-Herron, Judge of said Court, at the
Richard J. Daley Center, Room 1704, on the 14th day
of June, 2018, at the hour of 11:01 o'clock a.m.

PRESENT:  MR. KEVIN SKALNIK
30 South Wacker Drive, Suite 1635
Chicago, Illinois  60606
Appearing for Petitioner.

REPORTED BY:  Margaret E. Mecklenborg, CSR
LICENSE NO.:  084-004495

1                (Whereupon, the following

2                proceedings were held in

3                open court:)

4     THE CLERK: 2017 COTD 3838.

5     THE COURT: Thank you.

6     MR. SKALNIK: Good morning, your Honor. Kevin

7 Skalnik on behalf of petitioner, RDG Fund-5

8 LNS, LLC. This is a prove-up for Certificate

9 Number 13-0002359 which was sold on

10 August 3rd, 2015 at the 2013 Annual Tax Sale. It

11 pertains to Permanent Index

12 Number 12-36-300-080-0000. It is for the tax year

13 2013.

14       I tender to the Court the original

15 Certificate which has not been assigned and ask

16 leave to withdraw it in lieu of the copy attached

17 to the application.

18     THE COURT: Thank you. The Court viewed the

19 original Certificate of Purchase. There is no

20 assignment on back. Tendered same. Leave is

21 granted to substitute.

22     MR. SKALNIK: Thank you, your Honor. There

23 were three extensions filed in this case. The

24 first one extending the redemption date -- or two



1    extensions actually.  Two extensions in this case.

2    The first one extending the redemption date to

3    February 8th, 2018 and the second one extending it

4    to the final and ultimate date of March 7th, 2018.

5         I tender to the Court the two original

6    green-stamped extensions and ask leave to withdraw

7    them in lieu of the copies attached to the

8    application.

9    THE COURT:  Thank you.  The Court viewed two

10   original notices of extensions each bearing the

11   green stamp.  Tendered same.  Leave is granted to

12   substitute.

13   MR. SKALNIK:  Thank you, your Honor.  On

14   December 9th, 2015, a 22-5 Take Notice was

15   delivered to the Clerk to be mailed to the last tax

16   assessee of record, a Cazares Pablo, C-a-z-a-r-e-s,

17   at 7942 West Country Club Lane, Elmwood Park,

18   Illinois 60707.

19        I tender to the Court the original

20   green-stamped take notice and ask leave to withdraw

21   it in lieu of a copy attached to the application.

22   THE COURT:  Thank you.  The Court viewed the

23   original 22-5 Take Notice bearing the green stamp

24   and tendered same.  Leave is granted to substitute.



McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

1    MR. SKALNIK:  Thank you, your Honor.  At this
2  time if I could introduce my witness and have him
3  sworn in to testify.
4    THE COURT:  You may.
5    THE WITNESS:  Good morning, Judge.
6    THE COURT:  Good morning.  Please, raise your
7  right hand.
8                  (Witness sworn.)
9                  RONALD OHR,
10 called as a witness herein, having been first duly
11 sworn, was examined and testified as follows:
12                DIRECT EXAMINATION
13 BY MR. SKALNIK:
14    Q.   Please, state and spell your name for the
15 record.
16    A.   Ronald Ohr, O-h-r.
17    Q.   Are you familiar with parcel
18 12-36-300-088-0000, commonly known as 7942 West
19 Country Club Lane, Elwood Park, Illinois 60707?
20    A.   Yes, I am.
21    Q.   Did you inspect the property between
22 September 7, 2017 and December 7, 2017?
23    A.   Yes, I did.
24    Q.   Could you tell the Court what you



1    inspected at the property, what type of property it

2    is and if you made contact with anybody at the

3    property?

4        A.   It's a two-story single-family residence

5    all on a residential block and I went there on two

6    different occasions and on both times there was no

7    answer.  It's possibly occupied but I did not see

8    any names or any mail in the mailbox.

9    BY THE COURT:

10       Q.   Do you happen to recall the two dates that

11   you inspected the property?

12       A.   I do not, Judge.  I just marked on there

13   two visits.

14       Q.   Okay.  That was in the year 2017?

15       A.   Correct.

16       Q.   Thank you.  And you said it's possibly

17   occupied?

18       A.   Yes.

19       Q.   What made you think that?

20       A.   The grass was cut, you know, and

21   everything was not manicured but it seemed like

22   someone was looking after it.

23       Q.   It was maintained?

24       A.   And the mail was being taken in.



1    Q.   Okay.  And were you able to leave a card
2    or notice?

3    A.   I did.  I actually have a form letter with
4    the urgency to redeem, David Orr's information and
5    also my phone number is on it to call for tax
6    information.

7    THE COURT:  Thank you, Mr. Ohr.  No further
8    questions.

9    MR. SKALNIK:  Thank you.  In addition to the
10   physical inspection, a tract search was obtained to
11   determine record owners.  At this time I could read
12   into the record the parties served or attempted to
13   be served or would the Court like to take judicial
14   notice?

15   THE COURT:  You can just read the names.  You
16   don't have to give the dates of service but just
17   read into the record the names of the interested
18   parties.

19   MR. SKALNIK:  Very well.  Occupant; Pablo
20   Cazares; 7942 Country Club, Inc., care of the Tracy
21   Firm, Limited; CHI4005, LLC, care of Martin Flores;
22   CHI4005, LLC, care of Secretary of State Jesse
23   White; 7942 Country Club, Inc., care of Jeff
24   Nelson; Adrian Ruiz, R-u-i-z; and David D. Orr,



1    County Clerk for County Clerk.

2         THE COURT:  Thank you, Counselor.

3         MR. SKALNIK:  Thank you, your Honor.  In

4    addition to service through the Sheriff and Clerk,

5    notice was published in the Chicago Daily Law

6    Bulletin on November 14th, 15th and 16th, 2017.

7              I tender to the Court a copy of the

8    Certificate of Publication and ask leave to

9    withdraw it in lieu of the copy attached to the

10   application.

11        THE COURT:  Thank you.  The Court viewed the

12   original Certificate of Publication as issued by

13   the Chicago Daily Law Bulletin.  Tendered same.

14   Leave is granted to substitute.

15        MR. SKALNIK:  Thank you, your Honor.  At this

16   time I'd like to ask that all the Sheriff's returns

17   and Clerk's returns that are attached to the

18   application and included in the court file be

19   admitted into evidence.

20        THE COURT:  They will be received and made part

21   of the record.

22        MR. SKALNIK:  And I would have nothing further,

23   your Honor, but to at a later date submit an order

24   directing issuance of a tax deed, as well as a



1    transcript with proof of subsequent taxes paid and

2    the original Certificate.

3         THE COURT:  Thank, Counselor.  This matter will

4    be taken under advisement.

5         MR. SKALNIK:  Thank you.

6                        (Which were all proceedings had

7                        in the above-entitled cause at

8                        this time.)

9                        (Proceedings concluded

10                       at 11:06 a.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

8



1   STATE OF ILLINOIS  )
                       )SS:
2   COUNTY OF C O O K  )
3           MARGARET E. MECKLENBORG, being first duly
    sworn, on oath says that she is the court reporter
4   who took down in shorthand the evidence given in
    the above-entitled cause, and that the foregoing is
5   a true and correct transcript of all the evidence
    heard.
6
                            _Margaret E. Mecklenborg_
7
8   SUBSCRIBED AND SWORN TO
    before me this 15th
9   day of June, 2018.
10  _____
    Notary Public

    Official Seal
    Cary L Villasenor
    Notary Public State of Illinois
    My Commission Expires 07/15/2018

11
12  - - - - - - - - - - - - - - - - - - - - - - - -
13  STATE OF ILLINOIS  )
                       )SS:
14  COUNTY OF C O O K  )
15          KEVIN SKALNIK, being first duly sworn,
    says that he appeared for the Petitioner in the
16  above-entitled cause; that he has read the
    foregoing Report of Proceedings, and that the same
17  is, to the best of his recollection and belief, a
    true and correct transcript of all the evidence
18  heard.
19

20
21  SUBSCRIBED AND SWORN TO
    before me this 21st
22  day of June, 2018.
23  _____
    Notary Public

    OFFICIAL SEAL
    ADDYY MONTENEGRO
    Notary Public - State of Illinois
    My Commission Expires 9/22/2019

24

McCorkle Litigation Services, Inc.
Chicago, Illinois  (312) 263-0052

9

## A

a.m
1:16 8:10
able
6:1
above-entitled
1:13 8:7 9:4,16
addition
6:9 7:4
admitted
7:19
Adrian
6:24
advisement
8:4
Annual
2:10
answer
5:7
anybody
5:2
appeared
9:15
Appearing
1:21
application
1:5 2:17 3:8,21 7:10,18
assessee
3:16
assigned
2:15
assignment
2:20
attached
2:16 3:7,21 7:9,17
attempted
6:12
August
2:10

## B

back
2:20
bearing
3:10,23
behalf
2:7
belief
9:17
best
9:17
block
5:5
Bulletin
7:6,13

## C

C
1:2 9:2,14
C-a-z-a-r-e-s
3:16
call
6:5
called
4:10
card
6:1
care
6:20,21,22,23
case
1:13 2:23 3:1
cause
8:7 9:4,16
Cazares

## D

Center
1:15
Certificate
2:8,15,19 7:8,12 8:2
CHI4005
6:21,22
Chicago
1:20 7:5,13
CIRCUIT
1:3
Clay-Herron
1:14
Clerk
2:4 3:15 7:1,1,4
Clerk's
7:17
Club
3:17 4:19 6:20,23
COLLECTOR
1:6
commonly
4:18
concluded
8:9
contact
5:2
COOK
1:3,6
copies
3:7
copy
2:16 3:21 7:7,9
correct
5:15 9:5,17
COTD
1:8 2:4
Counselor
7:2 8:3
Country
3:17 4:19 6:20,23
County
1:2,3,4,4,5,6,7 7:1,1
9:2,14
court
1:3,14 2:3,5,14,18,18
3:5,9,9,19,22,22 4:4
4:6,24 5:9 6:7,13,15
7:2,7,11,11,18,20 8:3
9:3
CSR
1:23
cut
5:20

## D

D
6:24
Daily
7:5,13
Daley
1:15
date
2:24 3:2,4 7:23
dates
5:10 6:16
David
6:4,24
day
1:15 9:9,22
December
3:14 4:22
deed
7:24

## DELINQUENT

1:8
delivered
3:15
DEPARTMENT
1:4
determine
6:11
different
5:6
DIRECT
4:12
directing
7:24
DIVISION
1:4
Drive
1:19
duly
4:10 9:3,15

## E

E
1:23 9:3
Elmwood
3:17
Elwood
4:19
ESTATE
1:8
evidence
7:19 9:4,5,17
EX-OFFICIO
1:6
EXAMINATION
4:12
examined
4:11
extending
2:24 3:2,3
extensions
2:23 3:1,1,6,10

## F

familiar
4:17
February
3:3
file
7:18
filed
2:23
final
3:4
Firm
6:21
first
2:24 3:2 4:10 9:3,15
Flores
6:21
following
2:1
follows
4:11
foregoing
9:4,16
form
6:3
Fund-5
1:10 2:7
further
6:7 7:22

## G

## GENERAL

1:9
give
6:16
given
9:4
Good
2:6 4:5,6
granted
2:21 3:11,24 7:14
grass
5:20
green
3:11,23
green-stamped
3:6,20

## H

hand
4:7
happen
5:10
heard
9:5,18
hearing
1:12
held
2:2
Honor
2:6,22 3:13 4:1 7:3,15
7:23
Honorable
1:13
hour
1:16

## I

Illinois
1:1,3,7,20 3:18 4:19
9:1,13
included
7:18
Index
2:11
information
6:4,6
inspect
4:21
inspected
5:1,11
inspection
6:10
interested
6:17
introduce
4:2
issuance
7:24
issued
7:12

## J

J
1:15
Jeff
6:23
Jesse
6:22
Judge
1:14 4:5 5:12
JUDGMENT
1:7
judicial
6:13

June
1:16 9:9

## K

K
1:2 9:2,14
Kevin
1:18 2:6 9:15
know
5:20
known
4:18

## L

Laguna
1:14
LANDS
1:8
Lane
3:17 4:19
Law
7:5,13
leave
2:16,20 3:6,11,20,24
6:1 7:8,14
letter
6:3
LICENSE
1:24
lieu
2:16 3:7,21 7:9
Limited
6:21
LLC
1:10 2:8 6:21,22
LNS
1:10 2:8
looking
5:22

## M

mail
5:8,24
mailbox
5:8
mailed
3:15
maintained
5:23
manicured
5:21
March
3:4
Margaret
1:23 9:3
marked
5:12
Martin
6:21
matter
1:5 8:3
Mecklenborg
1:23 9:3
morning
2:6 4:5,6

## N

name
4:14
names
5:8 6:15,17
Nelson
6:24

## NON-PAYMENT

1:9
Notary
9:10,23
notice
3:14,20,23 6:2,14 7:5
notices
3:10
November
7:6
number
2:9,12 6:5

## O

O
1:2,2 9:2,2,14,14
o'clock
1:16
O-h-r
4:16
oath
9:3
obtained
6:10
occasions
5:6
Occupant
6:19
occupied
5:7,17
Ohr
4:9,16 6:7
Okay
5:14 6:1
open
2:3
order
1:7 7:23
original
2:14,19 3:5,10,19,23
7:12 8:2
Orr
6:24
Orr's
6:4
owners
6:11

## P

Pablo
3:16 6:19
paid
8:1
parcel
4:17
Park
3:17 4:19
part
7:20
parties
6:12,18
Permanent
2:11
pertains
2:11
petitioner
1:11,21 2:7 9:15
phone
6:5
physical
6:10
Please
4:6,14
possibly



5:7,16
**PRESENT**
1:18
**PRIOR**
1:10
proceedings
1:12 2:2 8:6,9 9:16
proof
8:1
property
4:21 5:1,1,3,11
prove-up
2:8
Public
9:10,23
Publication
7:8,12
published
7:5
Purchase
2:19

**Q**

questions
6:8

**R**

R-u-i-z
6:24
raise
4:6
**RDG**
1:10 2:7
read
6:11,15,17 9:16
**REAL**
1:8
recall
5:10
received
7:20
recollection
9:17
record
3:16 4:15 6:11,12,17
7:21
redeem
6:4
redemption
2:24 3:2
Report
1:12 9:16
**REPORTED**
1:23
reporter
9:3
residence
5:4
residential
5:5
**RETURNED**
1:8
returns
7:16,17
Richard
1:15
right
4:7
Ronald
4:9,16
Room
1:15
Ruiz
6:24

**S**

Sale
1:7 2:10
says
9:3,15
search
6:10
second
3:3
Secretary
6:22
see
5:7
September
4:22
served
6:12,13
service
6:16 7:4
Sheriff
7:4
Sheriff's
7:16
shorthand
9:4
single-family
5:4
Skalnik
1:18 2:6,7,22 3:13 4:1
4:13 6:9,19 7:3,15,22
8:5 9:15
sold
2:9
South
1:19
spell
4:14
**SS**
1:2 9:1,13
stamp
3:11,23
state
1:1 4:14 6:22 9:1,13
submit
7:23
**SUBSCRIBED**
9:8,21
subsequent
8:1
substitute
2:21 3:12,24 7:14
Suite
1:19
sworn
4:3,8,11 9:3,8,15,21

**T**

fake
3:14,20,23 6:13
taken
5:24 8:4
tax
2:10,12 3:15 6:5 7:24
taxes
1:9 8:1
tell
4:24
tender
2:14 3:5,19 7:7
tendered
2:20 3:11,24 7:13
testified
4:11
testify

4:3
Thank
2:5,18,22 3:9,13,22 4:1
5:16 6:7,9 7:2,3,11
7:15 8:3,5
think
5:19
three
2:23
time
4:2 6:11 7:16 8:8
times
5:6
tract
6:10
Tracy
6:20
transcript
8:1 9:5,17
**TREASURER**
1:6
true
9:5,17
two
2:24 3:1,5,9 5:5,10,13
two-story
5:4
type
5:1

**U**

ultimate
3:4
urgency
6:4

**V**

viewed
2:18 3:9,22 7:11
visits
5:13

**W**

Wacker
1:19
went
5:5
West
3:17 4:18
White
6:23
withdraw
2:16 3:6,20 7:9
witness
4:2,5,8,10

**X**

**Y**

year
1:9 2:12 5:14
YEARS
1:10

**Z**

**0**

003838
1:8
084-004495
1:24

**1**

11:01
1:16
11:06
8:10
12-36-300-080-0000
2:12
12-36-300-088-0000
4:18
13-0002359
2:9
14th
1:15 7:6
15th
7:6 9:8
1635
1:19
16th
7:6
1704
1:15

**2**

2013
1:9 2:10,13
2015
2:10 3:14
2017
1:8 2:4 4:22,22 5:14
7:6
2018
1:16 3:3,4 9:9,22
22-5
3:14,23

**3**

30
1:19
3838
2:4
3rd
2:10

**4**

**5**

**6**

60606
1:20
60707
3:18 4:19

**7**

7
4:22,22
7942
3:17 4:18 6:20,23
7th
3:4

**8**

8th
3:3

**9**

9th
3:14



# EXHIBIT D

STATE OF ILLINOIS       )
                             )   ss.
COUNTY OF COOK      )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
[COUNTY DEPARTMENT — COUNTY DIVISION]

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION ) | |
| OF THE COUNTY TREASURER AND EX- ) | |
| OFFICIO COUNTY COLLECTOR OF COOK ) | |
| COUNTY, ILLINOIS, FOR ORDER OF ) | |
| JUDGMENT AND SALE AGAINST REAL ) | No. 2017 CoTD 003838 |
| ESTATE RETURNED DELINQUENT FOR ) | |
| THE NONPAYMENT OF GENERAL TAXES ) | Certificate No. 13-0002359 |
| FOR THE YEAR 2013 ) | |
| ) | |
| PETITIONER: RDG FUND-5 LNS LLC ) | |

ORDER DIRECTING ISSUANCE OF TAX DEED

     This matter coming on to be heard upon the Petition and Application of **RDG Fund-5 LNS LLC** seeking an order on said Petition that a Tax Deed Issue, and upon proofs and exhibits heard and offered in open court; and the Court having heard the statements of the witness and the arguments and the Court being fully advised in the premises, FINDS:

     1.     That it has jurisdiction of the subject matter hereof and of all parties hereto.

     2.     That the tax sale Notices, copies of which are attached to and made part of said Application filed herein, were served in the matter and within the time required by Sections 22-5 through 22-25, inclusive, of the Property Tax Code, upon the persons entitled to such notice.

     3.     That all person entitled thereto have had due notice of the filing and the time of hearing upon this petition herein.

     . 4.     That the real estate hereinafter described has not been redeemed from the Sale of **August 3, 2015,** pursuant to the judgment for sale as provided herein and sections 21-350 and 21-355 of the Property Tax Code, and that for such redemption expired on **March 7, 2018**.

     5.     That all general Taxes and special assessments which have become due and payable subsequent to said sale have been paid and all forfeitures and sales which occurred subsequent thereto have been redeemed.

     6.     That any delinquent or forfeited taxes for prior years that were not included in this tax sale or were sold but the sale was in error or were voiced or canceled and as a consequence those prior tax years opened up again, are hereby merged into this tax sale and order for tax deed.

     7.     That all the material allegations of said petition are true; that the Petitioner has fully complied with all the Statutes and the Constitution of the State of Illinois relating to sales of real estate for



taxes and the issuance of tax deeds pursuant thereto, and is thereto entitled to a deed of conveyance vesting in Petitioner the title in fee simple to the hereinafter described real estate and every part thereof.

8.    IT IS THEREFORE ORDERED that DAVID D. ORR, County Clerk of Cook County, do forthwith make, execute, and deliver to the Petitioner, **RDG Fund-5 LNS LLC**, upon the surrender to said County Clerk of the Certificate of Purchase delivered to the original purchaser, a good sufficient deed conveying to the Petitioner, **RDG Fund-5 LNS LLC**, all of the following real estate, to wit:

LOT 4 IN COUNTRY CLUB WOODLANDS, INC., A SUBDIVISION OF THE WEST 1/2 OF THE NORTH 8 ACRES OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 36, TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Index Number:    **12-36-300-088-0000**

IT IS FURTHER ORDERED that this Court reserves jurisdiction of the cause for the purpose of issuing any Orders of Possession to place and maintain said Petitioner in possession of said real estate as may be necessary or desirable, and further, this Court expressly finds, pursuant to Supreme Court Rule 304(a), that there is no reason for just delaying the enforcement of this Order or the appeal therefrom.

Enter _____

Judge _____    Judge's No. _____

**ENTERED**
Judge LaGuina Clay-Herron-1943

JUL 23 2018

**Circuit Court-1943**

Law Office of Kevin A. Skalnik, P.C.
Kevin Skalnik
30 South Wacker Drive, Suite 1635
Chicago, Illinois 60606
Phone: (312) 698-3595
Fax: (312) 827-9524
Attny No. 43216

CERTIFICATE OF PURCHASE# 13-0002359

NOT CANCELLED OR REDEEMED
SALE DATE AUGUST 3, 2015

Redemption date extended to MARCH 7, 2018
by affidavit of purchaser
DAVID D. ORR, County Clerk
By: R.J.

# EXHIBIT E

**TAX DEED-
REGULAR FORM**

Doc# 1824013038 Fee $42.00

RHSP FEE:$9.00 RPRF FEE: $1.00
AFFIDAVIT FEE: $2.00
KAREN A.YARBROUGH
COOK COUNTY RECORDER OF DEEDS
DATE: 08/28/2018 12:34 PM PG: 1 OF 3

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

No. **3 8 2 1 9** D.

At a **PUBLIC SALE OF REAL ESTATE** for the **NON-PAYMENT OF TAXES** held in the County of Cook on **August 3, 2015,** the County Collector sold the real estate identified by permanent real estate index number **12-36-300-088-0000** and legally described as follows:

LOT 4 IN COUNTRY CLUB WOODLANDS, INC., A SUBDIVISION OF THE WEST 1/2 OF THE NORTH 8 ACRES OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 36, TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

**And commonly known as 7942 West Country Club Lane, Elmwood Park, Illinois 60707**

And the real estate not having been redeemed from the sale, and it appearing that the holder of the Certificate of Purchase of said real estate has complied with the laws of the State of Illinois, necessary to entitle him to a Deed of said real estate, as found and ordered by the Circuit Court of Cook County;

I, **DAVID D. ORR**, County Clerk of the County of Cook, Illinois, 118 N. Clark Street, Rm. 434, Chicago, Illinois, in consideration of the premises and by virtue of the statutes of the State of Illinois in such cases provided, grant and convey to **RDG Fund-5 LNS LLC**, residing and having his (her or their) residence and post office address at **30 South Wacker Drive, #1635, Chicago, Illinois 60606,** his (her or their) heirs and assigns **FOREVER**, the said Real Estate hereinabove described.

The following provision of the Compiled Statutes of the State of Illinois, being 35 ILCS 200/22-85, is recited, pursuant to law:

"Unless the holder of the certificate purchased at any tax sale under this Code takes out the deed in the time provided by law, and records the same within one year from and after the time for redemption expires, the certificate or deed, and the sale on which it is based, shall, after the expiration of the one year period, be absolutely void with no right to reimbursement. If the holder of the certificate is prevented from obtaining a deed by injunction or order of any court, or by the refusal or inability of any court to act upon the application for a tax deed, or by the refusal of the clerk to execute the same deed, the time he or she is so prevented shall be excluded from computation of the one year period."

Given under my hand and seal, this ___23ʳᴰ___ day of ___JULY___ ___2018___.

_____David Orr_____ County Clerk



Village of Elmwood Park

**Village of Elmwood Park**
Real Estate Transfer Stamp | **EXEMPT**



CCRD REVIEW

No. _____ D.

In the matter of the application of the
County Treasurer for Order of Judgment
and Sale against Realty,

For the Year 2013

# TAX DEED

**DAVID D. ORR**
**County Clerk of Cook County, Illinois**

TO

RDG Fund-S LNS LLC

30 S. Wacker Dr., Ste. 1635

Chicago, IL 60606

38219

Exempt under real estate
transfer tax law 35-ILCS
200/31-45 Sub par. F and
Cook County ord. 93-0-27
par. F.

Date: 7/23/18    Sign: _____

## STATEMENT BY GRANTOR AND GRANTEE

The grantor or his agent affirms that, to the best of his knowledge, the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, an Illinois corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois, a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire title to real estate under the laws of the State of Illinois.

Dated _July 27th_, 20 18   Signature: _David D. Orr_

Grantor or Agent

Subscribed and sworn to before
me by the said  David D. Orr
this 27th  day of July,
20 18
Notary Public _Jovannie R. Jordan_

> JOVANNIE R JORDAN
> Official Seal
> Notary Public - State of Illinois
> My Commission Expires Mar 21, 2022

The grantee or his agent affirms and verifies that the name of the grantee shown on the deed or assignment of beneficial interest in a land trust is either a natural person, and Illinois corporation or foreign corporation or foreign corporation authorized to do business or acquire and hold title to real estate in Illinois a partnership authorized to do business or acquire and hold title to real estate in Illinois, or other entity recognized as a person and authorized to do business or acquire and hold title to real estate under the laws of the State of Illinois.

Dated _July 27_, 20 18   Signature: _____

Grantee or Agent

Subscribed and sworn to before
me by the said  Kevin Skalnik
this 20th  day of July,
2018
Notary Public _____

> OFFICIAL SEAL
> ADDYY MONTENEGRO
> Notary Public - State of Illinois
> My Commission Expires  9/22/2019

**NOTE:** Any person who knowingly submits a false statement concerning the identity of a grantee shall be guilty of a Class C misdemeanor for the first offense and of a Class A misdemeanor for subsequent offenses.

(Attach to deed or ABI to be recorded in Cook County, Illinois, if exempt under the provisions of Section 4 of the Illinois Real Estate Transfer Tax Act.)

| REAL ESTATE TRANSFER TAX | 28-Aug-2018 |
| --- | --- |
| COUNTY: | 0.00 |
| ILLINOIS: | 0.00 |
| TOTAL: | 0.00 |

12-36-300-088-0000  |  20180701643481  |  1-813-315-744

# EXHIBIT F

Notice of Appeal          **(10/18/17) CCA 0256 A**

## APPEAL TO THE APPELLATE COURT OF ILLINOIS
### FROM THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

FILED
8/23/2018 10:55 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2017COTD003838

COUNTY     DEPARTMENT, TAX COURT     DIVISION/DISTRICT

RDG FUND - 5 LNS, LLC,
RON OHR and UNKNOWN TAX DEED
PETITIONER(S)

Plaintiff/ ○ Appellant   ● Appellee

v.

Reviewing Court No.: _____

Circuit Court No.: 2017COTD003838

JAMES REED, TRUSTEE, 7942 COUNTRY
CLUB IRRV TRUST, 7942 COUNTRY CLUB
INC

Defendant/ ● Appellant   ○ Appellee

## APPEAL OF TAX DEED      NOTICE OF APPEAL

(Check if applicable. See IL Sup. Ct. Rule 303(a)(3).

☐ Joining Prior Appeal    ☐ Separate Appeal    ☐ Cross Appeal

RDG FUND - 5 LNS, LLC

Appellant's Name: JAMES REED, 7942 CC INC     Appellee's Name: RON OHR, UNKN PETITIONERS

◉ Atty. No.: _____ ◉ Pro Se 99500     ○ Atty. No.: _____ ○ Pro Se 99500

Atty Name: MARCO A RODRIGUEZ     Atty Name: _____

Address: 4440 S ASHLAND AVE     Address: _____

City: CHICAGO    State: IL     City: _____ State: ____

Zip: 60609     Zip: _____

Telephone: 773-589-4085     Telephone: _____

Primary Email: marco.rodriguez@mrodriguezlaw.c     Primary Email: _____

Secondary Email: RJ60068@gmail.com     Secondary Email: _____

Tertiary Email: _____     Tertiary Email: _____

An appeal is taken from the order or judgment described below:

Date of the judgment/order being appealed: 8/22/18

Name of judge who entered the judgment/order being appealed: unknown -

Notice of Appeal                                    (10/18/17)_CCA 0256 B

8/23/2018 10:55 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2017COTD003838

Relief sought from Reviewing Court:

**VACATE TAX SALE pursuant to 735 ILCS 5/2-1203**

person with interest in the property not named as a party

purchaser did not make diligent inquiry or effort to effect service

I understand that a *"Request for Preparation of Record on Appeal"* form (CCA 0025) must be completed and the initial payment of $110 made prior to the preparation of the Record on Appeal. The Clerk's Office will *not* begin preparation of the ROA until the Request form and payment are received. Failure to request preparation of the ROA in a timely manner, i.e., at least 30 days before the ROA is due to the Appellate Court, may require the Appellant to file a request for extension of time with the Appellate Court. A *"Request for Preparation of Supplemental Record on Appeal"* form (CCA 0023) must be completed prior to the preparation of the Supplemental ROA.

_____
To be signed by Appellant or Appellant's Attorney

Odyssey File & Serve - Envelope Receipt

8/22/2018

# Case # 2017COTD003838 - Rdg Fund-5 Lns Llc (Calendar, 9)

## Envelope Information

**Envelope Id**
1945444

**Submitted Date**
8/22/2018 8:32 PM CST

**Submitted User Name**
RJ60068@gmail.com

## Case Cross Reference Number

**Case Cross Reference Number**

**Case Cross Reference Type**

## Case Information

**Location**
Cook County - County Division - District 1
- Chicago

**Category**
Tax

**Case Type**
Tax Deed

**Case Initiation Date**
10/31/2017

**Case #**
2017COTD003838

**Assigned to Judge**
Calendar, 9

## Filings

**Filing Type**
EFile

**Filing Code**
Notice of Appeal

**Filing Description**
Notice of Appeal pursuant to 735 ILCS
5/2-1203

**Comments to Court**
Timely Notice of Appeal pursuant to 735
ILCS 5/2-1203

**Courtesy Copies**
Judge / Court of Record

**Filing Status**
Submitted

## Lead Document

| File Name | Description | Security | Download |
|---|---|---|---|

8/22/2018                                 Odyssey File & Serve - Envelope Receipt

| Gmail - Filing Submitted for Case_ 1945326; ; Envelope Number_ 1945326.pdf | Gmail - Filing Submitted for Case_ 1945326; ; Envelope Number_ 1945326.pdf | Non-Confidential | Original File |
|---|---|---|---|

# Fees

## Notice of Appeal

**Description**                                                **Amount**
Filing Fee                                                        $0.00
                                                    **Filing Total:** $0.00

Total Filing Fee                                                  $0.00
                                              **Envelope Total:** $0.00

| **Party Responsible for Fees** | James Reed | **Transaction Amount** | $0.00 |
| **Payment Account** | PPSonoma | **Transaction Id** | 2931908 |
| **Order Id** | | | |
| **Transaction Response** | Authorized | | |

© 2018 Tyler Technologies
Version: 2017.2.11.7151

# EXHIBIT G

1-18-1836

## IN THE APPELLATE COURT, STATE OF ILLINOIS
### FIRST DISTRICT

RDG FUND-5 LNS, LLC., RON OHR and  )
UNKNOWN TAX DEED PETITIONER(S),  )
    Plaintiffs-Appellees,  )
    v.  )    Trial Court No.: 17COTD3838
JAMES REED, TRUSTEE, 7942 COUNTRY  )
CLUB IRRV TRUST, 7942 COUNTRY  )
CLUB INC.,  )
    Defendants-Appellants.  )
    )
    )
    )
    )

## O R D E R

    This cause having come before the Court on the Court's own motion, the Court finding that the appellant has failed to file the Record on Appeal within the time prescribed by Supreme Court Rule 326;

    **IT IS HEREBY ORDERED** that this case is DISMISSED FOR WANT OF PROSECUTION.

Enter:

_____
Justice

_____
Justice

_____
Justice

ORDER ENTERED

MAR 2 2 2019

APPELLATE COURT FIRST DISTRICT

# EXHIBIT H



CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

May 29, 2019

Honorable Dorothy Brown
Richard J. Daley Center
Room 1001
Chicago, IL 60602

RE:  RDG FUND-5 LNS v. JAMES REED
     General No.: 1-18-1836
     County: Cook County
     Trial Court No: 17COTD3838

Dear Honorable Brown:

Attached is the Mandate of the Appellate Court in the above entitled cause.

We are sending the attorneys of record a copy of this letter to inform them that the mandate of the Appellate Court has been filed with you.


Thomas D. Palella
Clerk of the Appellate Court

c:      Law Office of Marco A. Rodriguez

1-18-1836

IN THE APPELLATE COURT, STATE OF ILLINOIS
FIRST DISTRICT

RDG FUND-5 LNS, LLC., RON OHR and )
UNKNOWN TAX DEED PETITIONER(S), )
    Plaintiffs-Appellees, )
    v. )   Trial Court No.: 17COTD3838
JAMES REED, TRUSTEE, 7942 COUNTRY )
CLUB IRRV TRUST, 7942 COUNTRY )
CLUB INC., )
    Defendants-Appellants. )
    )
    )
    )
    )

## O R D E R

This cause having come before the Court on the Court's own motion, the Court finding that the appellant has failed to file the Record on Appeal within the time prescribed by Supreme Court Rule 326;

**IT IS HEREBY ORDERED** that this case is DISMISSED FOR WANT OF PROSECUTION.

ORDER ENTERED

MAR 2 2 2019

APPELLATE COURT FIRST DISTRICT

Enter:

_____
Justice

_____
Justice

_____
Justice



CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

## STATE OF ILLINOIS, FIRST DISTRICT APPELLATE COURT MANDATE

Panel:    Honorable Thomas E. Hoffman
          Honorable Bertina E. Lampkin
          Honorable Mary K. Rochford

BE IT REMEMBERED, that on 22nd day of March, 2019 the final judgment of said Appellate Court was entered of record as follows:

RDG FUND-5 LNS, LLC., RON OHR       General No: 1-18-1836
and UNKNOWN TAX DEED               County/Agency: Cook County
PETITIONER(S),                     Trial Court/Agency Case No.: 17COTD3838
    Plaintiffs-Appellees,
        v.
JAMES REED, TRUSTEE, 7942
COUNTRY CLUB IRRV TRUST, 7942
COUNTRY CLUB INC.,
    Defendants-Appellants.

In accordance with Supreme Court Rule 368, this Mandate is issued. As Clerk of the Appellate Court and keeper of the records, files and Seal thereof, I certify that the foregoing is a true statement of the final Order of said Appellate Court in the above cause of record in my office. Pursuant to Supreme Court Rule 369, the clerk of the circuit court shall file the Mandate promptly.



DOROTHY BROWN
CLERK
CIVIL APPEALS DIVISION

2019 MAY 29 PM 5: 02

DOROTHY BROWN
CIRCUIT COURT OF COOK
COUNTY, ILLINOIS
FILED

IN WITNESS WHEREOF, I hereunto set my hand and affix the Seal of the Illinois Appellate Court this 29th day of May, 2019.

Thomas D. Palella

Clerk of the Appellate Court

# EXHIBIT I

## SPECIAL WARRANTY DEED

⑤

This Indenture made this

_____11_____ day of

_August_____ ,

20 20 _____

RDG FUND-5 LNS LLC
party of the first part, and

Broadway Irving Park, LLC
party of the second part.

Grantee's Address:

*2028040020*

Doc# 2028040020 Fee $88.00

RHSP FEE:$9.00 RPRF FEE: $1.00
EDWARD M. MOODY
COOK COUNTY RECORDER OF DEEDS
DATE: 10/06/2020 12:10 PM PG: 1 OF 3

**WITNESSETH**, that the said party of the first part, for an in consideration of the sum of Ten Dollars ($10.00) in hand paid by the party of the second part, the receive whereof is hereby acknowledged, and pursuant to authority of the Board of Directors of said corporation, by these presents does REMISE, RELEASE, ALIEN AND CONVEY unto the said party of the second part, and to their heirs and assigns, FOREVER, all the following described land, situate in the County of Cook and State of Illinois known and described as follows, to wit:

See Exhibit "A" attached hereto and made a part hereof.

*subject to*: taxes not yet due and payable, general restrictions as they appear of record.

Permanent Real Estate Index No.: 12-36-300-088-0000

Property Address: 7942 W. Country Club Lane, Elmwood Park, IL 60707

Together with all the singular and hereditaments and appurtenances thereunto belonging, or in anywise Appertaining, and the reversions, remainder and remainders, rents, issues and profits thereof, and all the estate, right, title, interest, claim or demand whatsoever, of the said party of the first part, either in law or equity of, in and to the above described premises, with the hereditaments and appurtenances: TO HAVE AND TO HOLD the said premises as above described, with the appurtenances, unto the said party of the second part, their heirs and assigns forever.

And the said party of the first part, for itself and its successor, does covenant, promise and agree, to and with said party of the second part, their heirs and assigns, that it has not done or suffered to be done, anything whereby the said premises hereby granted are, or may be, in any manner encumbered or charged, except as herein recited; and that the said premises, against all persons lawfully claiming, or to claim the same, by, through or under it, it WILL WARRANT AND FOREVER DEFEND.

The _11_ day of _August_____, _2020_.

In Witness Whereof, said party of the first part has caused its name to be signed to these presents by its _Authorized Agent_____ , the day and year first above written.

A00124612 (all) pre
CTT

S
P/3
S 1
M
SC
E
INT

BY:

I, undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY ACKNOWLEDGE, that _Yung Bong Lim_ , personally appeared before me and acknowledged himself/herself as the _Authorized Agent_ of _ROG Fund-5 LNS LLC_ and is the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that as such they signed and delivered the said instrument as pursuant to authority given by the Board of Directors of said corporation, as his/her free and voluntary act, and as the free and voluntary act and deed of said corporation, for the uses and purposes therein set forth.

Given under my hand and official seal this _11_ day of _August_ , 20 _20_ .



BRITTANEY CHANG
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
December 29, 2021
**IMPRESS SEAL HERE**

My Commission expires on _12/29/2021_

Notary Public

---

**This Instrument Was Prepared By:**

Kevin Skalnik
156 North Jefferson Street, Suite 203
Chicago, IL 60661

MAIL TO: 156 North Jefferson Street, Suite 203, Chicago, IL 60661

SEND TAX BILLS TO: 7942 W. Country Club Lane, Elmwood Park, IL 60707

Village of Elmwood Park

**Village of Elmwood Park**

**TRANSFER STAMP**

**$1000.00** 07-20

REAL ESTATE TRANSFER TAX

15-Sep-2020
COUNTY: 100.00
ILLINOIS: 200.00
TOTAL: 300.00

12-36-300-088-0000 | 20200701645817 | 1-515-305-440

## EXHIBIT "A"

LOT 4 IN COUNTRY CLUB WOODLANDS, INC., A SUBDIVISION OF THE WEST 1/2 OF THE NORTH 8 ACRES OF THE WEST 1/2 OF THE SOUTHWEST 1/4 OF SECTION 36, TOWNSHIP 40 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

# EXHIBIT J

IN THE MATTER OF THE APPLICATION OF THE )
COUNTY TREASURER AND EX-OFFICIO )
COUNTY COLLECTOR OF COOK COUNTY, )
ILLINOIS, FOR ORDER OF JUDGMENT AND ) Case No. 2017 COTD 3838
SALE AGAWST REAL ESTATE RETURNED )
DELINQUENT FOR THE NONPAYMENT OF )
GENERAL TAXES FOR THE YEAR 2013 )

)
PETITIONER: BROADWAY IRVING PARK LLC )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINIOS
COUNTY DEPARTMENT, COUNTY DIVISION

**ORDER**

THIS MATTER, coming before the court pursuant to Broadway Irving Park LLC's Petition for Order of Possession and James Reed's Motion to Vacate, due notice given and the court being fully advised in its premise, IT IS HERBY ORDERED:

1. Broadway Irving's Petition for Order of Possession is granted over Reed's continuing objection to the court's jurisdiction and Reed's assertion that the order for issuance of a tax deed is void ab initio.

2. Reed reports to the court that a notice of appeal was filed.

3. Broadway Irving's possession of the property is stayed pending the directive of the appellate court.

4. Reed's motion to vacate is stricken for the reasons stated in open court. Reed is granted leave to file a Section 2-1401 Petition pursuant to all applicable rules.

5. This matter is set for status on February 27, 2023, at 11:30 a.m. in courtroom 1704, calendar 9 via zoom (ID: 963 9239 3803; Password: 043502).

1

Prepared by:
Benjamin T. Weber
Schain, Banks Kenny & Schwartz, Ltd.
70 W. Madison Street
Suite 2300
Chicago, Illinois 60602
bweber@schainbanks.com
Attorney ID:        50839

ENTERED:

_____

ENTERED
JAN 0 9 2023
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

2

# EXHIBIT K

**This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Appellate Courts.**

| | |
|---|---|
| **Instructions ▾** | ☐ **THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).** |

FILED
1/13/2023 12:08 AM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2017COTD003838

Check the box to the right if your case involves parental responsibility or parenting time (custody/visitation rights) or relocation of a child.

Just below "Appeal to the Appellate Court of Illinois," enter the number of the appellate district that will hear the appeal and the county of the trial court.

If the case name in the trial court began with "In re" (for example, "In re Marriage of Jones"), enter that name. Below that, enter the names of the parties in the trial court, and check the correct boxes to show which party is filing the appeal ("appellant") and which party is responding to the appeal ("appellee").

To the far right, enter the trial court case number, the trial judge's name, and the Supreme Court Rule that allows the appellate court to hear the appeal.

## APPEAL TO THE APPELLATE COURT OF ILLINOIS

FIRST ⬚ **District**

**from the Circuit Court of**
Cook ⬚ **County**

In re   APPLICATION OF THE COUNTY TREASURER

RDG FUND-5 LNS LLC, certificate purchaser

BROADWAY IRVING PARK LLC, subsequent buyer with
notice                              *AMENDED NOTICE

**Plaintiffs/Petitioners** *(First, middle, last names)*
☐ **Appellants**   ☑ **Appellees**

v.

JAMES REED, individually and as trustee of 7942
COUNTRY CLUB IRRV TR utad 6-30-2012

**Defendants/Respondents** *(First, middle, last names)*
☑ **Appellants**   ☐ **Appellees**

**Trial Court Case No.:**
2017 COTD 3838

**Honorable**

**Judge, Presiding**

**Supreme Court Rule:**

## NOTICE OF APPEAL (CIVIL)

In **1**, check the type of appeal.

For more information on choosing a type of appeal, see *How to File a Notice of Appeal.*

**1. Type of Appeal:**
☑ Appeal
☐ Interlocutory Appeal
☐ Joining Prior Appeal
☐ Separate Appeal
☐ Cross Appeal

In **2**, list the name of each person filing the appeal and check the proper box for each person.

**2. Name of Each Person Appealing:**
Name:   JAMES REED
         *First*                    *Middle*                 *Last*

☐ Plaintiff-Appellant      ☑ Petitioner-Appellant

**OR**

☐ Defendant-Appellant      ☐ Respondent-Appellant

**Find Illinois Supreme Court approved forms at:** illinoiscourts.gov/documents-and-forms/approved-forms.

NAA-N 2803.6                          Page 1 of 4                          (05/22)

Name: _____

| First | Middle | Last |

FILED
1/13/2023 12:08 AM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2017COTD003838

☐ Plaintiff-Appellant      ☐ Petitioner-Appellant

**OR**

☐ Defendant-Appellant     ☐ Respondent-Appellant

---

*In **3**, identify every order or judgment you want to appeal by listing the date the trial court entered it.*

**3. List the date of every order or judgment you want to appeal:**

07/23/2018
_____
*Date*

01/09/2023
_____
*Date*

12/04/2017
_____
*Date*

---

*In **4**, state what you want the appellate court to do. You may check as many boxes as apply.*

**4. State your relief:**

☐ reverse the trial court's judgment *(change the judgment in favor of the other party into a judgment in your favor)* and ☐ send the case back to the trial court for any hearings that are still required;

☑ vacate the trial court's judgment *(erase the judgment in favor of the other party)* and ☐ send the case back to the trial court for a new hearing and a new judgment;

☑ change the trial court's judgment to say: Petition for Tax Deed is dismissed for lack of subject matter jurisdiction due to automatic stay in bankruptcy pursuant to 11 USC 362(a)

☑ order the trial court to: Vacate and Expunge Order for Tax Deed entered in violation of 11 USC 362(a); and Dismiss with Prejudice, as violative of IL Const Art IX, Section 8 where owner Reed was not named or served within the redemption period

☑ other: Order related documents expunged from record of the Cook County Recorder and award sanctions and costs as appropriate

and grant any other relief that the court finds appropriate.

---

*If you are completing this on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. Fill in your address, telephone number, and email address, if you have one.*

/s/ James Reed
_____
*Your Signature*

JAMES REED
_____
*Your Name*

RJ60068@GMAIL.COM
_____
*Email*

7942 W Country Club Ln
_____
*Street Address*

Elmwood Park   IL   60707
_____
*City, State, ZIP*

(872) 333-9688                    PRO SE
_____    _____
*Telephone*                      *Attorney # (if any)*

*All appellants must sign this form. Have each additional appellant sign the form here and enter their complete name, address, telephone number, and email address, if they have one.*

**Additional Appellant Signature**

/s/
_____
*Signature*

_____
*Name*

_____
*Email*

_____
*Street Address*

_____
*City, State, ZIP*

_____    _____
*Telephone*                      *Attorney # (if any)*

---

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

NAA-N 2803.6                                                              (05/22)

**PROOF OF SERVICE** *(You must serve the other party and complete this section)*

<table>
<tr><td>

In **1a**, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

In **1b**, check the box to show how you sent the document, and fill in any other information required on the blank lines.

In **1b**, check the box to show how you are sending the document.
**CAUTION:** If you and the person you are sending the document to have an email address, **you must** use one of the first two options. Otherwise, you may use one of the other options.

In **c**, fill in the date and time that you sent the document.

In **2**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

</td></tr>
</table>

1. I sent this document:

   a. To:

      Name: RDG FUND-5 LNS LLC  C/O REG AGENT K SKALNIK
      *First*      *Middle*      *Last*

      Address: 156 N JEFFERSON ST  STE 203  CHICAGO  IL  60661
      *Street, Apt #*    *City*    *State*    *ZIP*

      Email address: _____

   b. By:

      ☐ An approved electronic filing service provider (EFSP)

      ☐ Email *(not through an EFSP)*
      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

      ☐ Personal hand delivery to:
         ☐ The party
         ☐ The party's family member who is 13 or older, at the party's residence
         ☐ The party's lawyer
         ☐ The party's lawyer's office
      ☑ Mail or third-party carrier

   c. On: 01/13/2023
      *Date*

      At: 4:00 _____ ☐ a.m. ☑ p.m.
      *Time*

2. I sent this document:

   a. To:

      Name: BROADWAY IRVING PARK LLC C/O REG AGENT J MANTIS
      *First*      *Middle*      *Last*

      Address: 1300 HIGGINS RD., STE 209  PARK RIDGE  IL  60068
      *Street, Apt #*    *City*    *State*    *ZIP*

      Email address: _____

   b. By:

      ☐ An approved electronic filing service provider (EFSP)

      ☐ Email *(not through an EFSP)*
      *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

      ☐ Personal hand delivery to:
         ☐ The party
         ☐ The party's family member who is 13 or older, at the party's residence
         ☐ The party's lawyer
         ☐ The party's lawyer's office
      ☑ Mail or third-party carrier

   c. On: 01/13/2023
      *Date*

      At: 4:00 _____ ☐ a.m. ☑ p.m.
      *Time*

**Find Illinois Supreme Court approved forms at:** illinoiscourts.gov/documents-and-forms/approved-forms
Page 3 of 4
NAA-N 2803.6     (05/22)

In **3**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

3.   I sent this document:

   a.   To:

   Name:   WOODBRIDGE MORT INV FUND 1 LLC  C/O US TRUSTEE #17bk12560
   *First*                          *Middle*                          *Last*

   Address:  844 KING ST  STE 2207  LOCKBOX 35  WILMINGTON  DE  19801
   *Street, Apt #*                  *City*              *State*        *ZIP*

   Email address: _____

   b.   By:

   ☐ An approved electronic filing service provider (EFSP)

   ☐ Email *(not through an EFSP)*
   *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

   ☐ Personal hand delivery to:
      ☐ The party
      ☐ The party's family member who is 13 or older, at the party's residence
      ☐ The party's lawyer
      ☐ The party's lawyer's office

   ☐ Mail or third-party carrier

   c.   On:  01/13/2023
           *Date*

   At:   4:00 _____  ☐ a.m.  ☑ p.m.
           *Time*

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name.

**I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.**

/s/ James Reed
*Your Signature*

JAMES REED                                    _____
*Print Your Name*                              *Attorney # (if any)*

# EXHIBIT L

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINIOS
COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF THE APPLICATION OF )
THE COUNTY TREASURER AND EX-OFFICIO )
COUNTY COLLECTOR OF COOK COUNTY, )
ILLINOIS, FOR ORDER OF JUDGMENT AND ) **Case No.**
SALE AGAWST REAL ESTATE RETURNED ) **2017 COTD 003838**
DELINQUENT FOR THE NONPAYMENT OF )
GENERAL TAXES FOR THE YEAR 2013 )
)
PETITIONER: BROADWAY IRVING PARK LLC )

## ORDER

These matters coming before the Court on (1) Petitioner Broadway Irving Park LLC's Motion for Reconsideration of the Order entered January 9, 2023 staying execution of the Order of Possession and (2) Respondent/Interested Party James Reed's Motion to Vacate, Verified Motion to Compel Production of Title Policy and Motion to Consolidate, due notice given, parties appeared and presented their motions, and the court being fully advised of the matters.

IT IS HEREBY ORDERED:

1. Broadway Irving Park LLC's Motion for Reconsider is denied.
2. James Reed's Motion to Vacate, Motion to Compel and Motion to Consolidate are denied as not proper due to this court's lack of jurisdiction over this matter when Reed filed his Notice of Appeal on January 13, 2023.
3. All future court dates are stricken pending the decision of the Appellate Court for the First District in this matter.

ENTERED:

_23/3_

Dated: _3/8/2023_

Prepared by:
Benjamin T. Weber
Schain, Banks Kenny & Schwartz, Ltd.
70 W. Madison Street
Suite 2300
Chicago, Illinois 60602
bweber@schainbanks.com
Attorney ID:        50839

Judge Tracie R. Porter

**MAR 08 2023**

Circuit Court - 23 I 3

1

# EXHIBIT M

This Case is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Appellate Courts.

123456 Document #: 30 Filed: 07/18/24 Page 88 of 121 PageID #:101

| Instructions ▼ | |
|---|---|

☐ **THIS APPEAL INVOLVES A MATTER SUBJECT TO EXPEDITED DISPOSITION UNDER RULE 311(a).**

Check the box to the right if your case involves parental responsibility or parenting time (custody/visitation rights) or relocation of a child.

**FILED**
3/13/2023 7:26 PM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2017COTD003838

# APPEAL TO THE APPELLATE COURT OF ILLINOIS

FIRST [ ▼ ] **District**

**from the Circuit Court of**

Cook [ ▼ ] **County**

Just below "Appeal to the Appellate Court of Illinois," enter the number of the appellate district that will hear the appeal and the county of the trial court.

In re   APPLICATION OF THE COUNTY TREASURER

RDG FUND-5 LNS LLC (Petitioner for Tax Deed)

**Trial Court Case No.:**
2017 COTD 003838

If the case name in the trial court began with "In re" (for example, "In re Marriage of Jones"), enter that name. Below that, enter the names of the parties in the trial court, and check the correct boxes to show which party is filing the appeal ("appellant") and which party is responding to the appeal ("appellee").

**Plaintiffs/Petitioners** *(First, middle, last names)*
☐ Appellants   ☑ Appellees

**Honorable**
T. Porter

**Judge, Presiding**

v.

JAMES REED (unserved and un-named "owner . . . in interest")

**Supreme Court Rule:**
2 (c ) (3), (5), (6)

**Defendants/Respondents** *(First, middle, last names)*
☑ Appellants   ☐ Appellees

To the far right, enter the trial court case number, the trial judge's name, and the Supreme Court Rule that allows the appellate court to hear the appeal.

✳ *2/1401 (f)*
*VOID JUDGMENT*

# NOTICE OF APPEAL (CIVIL)

In **1**, check the type of appeal.

For more information on choosing a type of appeal, see *How to File a Notice of Appeal*.

**1. Type of Appeal:**
☑ Appeal
☐ Interlocutory Appeal
☐ Joining Prior Appeal
☐ Separate Appeal
☐ Cross Appeal

In **2**, list the name of each person filing the appeal and check the proper box for each person.

**2. Name of Each Person Appealing:**
Name:   JAMES      REED

First                         Middle                      Last

☐ Plaintiff-Appellant      ☐ Petitioner-Appellant

**OR**

☐ Defendant-Appellant      ☑ Respondent-Appellant

Find Illinois Supreme Court approved forms at: illinoiscourts.gov/documents-and-forms/approved-forms.

NAA-N 2803.6                    Page 1 of 4                    (05/22)

Name: _____

|  | First | Middle | Last |

FILED
3/13/2023 7:26 PM
Iris Y. Martinez
CIRCUIT CLERK
COOK COUNTY, IL
2017COTD003838

☐ Plaintiff-Appellant  ☐ Petitioner-Appellant

**OR**

☐ Defendant-Appellant  ☐ Respondent-Appellant

> In 3, identify every order or judgment you want to appeal by listing the date the trial court entered it.

**3. List the date of every order or judgment you want to appeal:**

07/23/2018
*Date*

01/09/2023
*Date*

03/08/2023
*Date*

*[handwritten]* ALL ORDERS ENTERED ON OR AFTER DEC. 4, 2017

> In 4, state what you want the appellate court to do. You may check as many boxes as apply.

**4. State your relief:**

☐ reverse the trial court's judgment *(change the judgment in favor of the other party into a judgment in your favor)* and ☐ send the case back to the trial court for any hearings that are still required;

☑ vacate the trial court's judgment *(erase the judgment in favor of the other party)* and ☐ send the case back to the trial court for a new hearing and a new judgment;

☑ change the trial court's judgment to say: Petition for Tax Deed Dismissed for Lack of Subject Matter Jurisdiction due to automatic stay in bankruptcy (11 USC 362, 11 USC 541, 28 USC 1452) when mortgagee of record and assignee of record filed Bankrupcy 12/04/17

☑ order the trial court to: Vacate Order of Tax Deed and Order Cook County Recorder of Deeds to Expunge All related recorded documents that purport to constitute a deed or other recorded form of ownership interest

☑ other: Award sanctions, costs, and other relief that court finds appropriate.

and grant any other relief that the court finds appropriate.

> If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. Fill in your address, telephone number, and email address, if you have one.

/s/James Reed
*Your Signature*

JAMES REED
*Your Name*

RJ60068@gmail.com
*Email*

7942 W Country Club Lane
*Street Address*

Elmwood Park, IL 60707
*City, State, ZIP*

(872) 333-9688          99500
*Telephone*          *Attorney # (if any)*

> All appellants must sign this form. Have each additional appellant sign the form here and enter their complete name, address, telephone number, and email address, if they have one.

**Additional Appellant Signature**

/s/
*Signature*

_____
*Name*

_____
*Email*

_____
*Street Address*

_____
*City, State, ZIP*

_____          _____
*Telephone*          *Attorney # (if any)*

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

**PROOF OF SERVICE** *(You must serve the other party and complete this section)*

<table>
<tr><td valign="top" width="25%">

In **1a**, enter the name, mailing address, and email address of the party or lawyer to whom you sent the document.

In **1b**, check the box to show how you sent the document, and fill in any other information required on the blank lines.

In **1b**, check the box to show how you are sending the document.

**CAUTION:** If you and the person you are sending the document to have an email address, you **must** use one of the first two options. Otherwise, you may use one of the other options.

</td><td valign="top">

1.  I sent this document:

    a.  To:

        Name:   RDG FUND-5 LNS LLC c/o Registered Agent Kevin Skalnick
                 *First*                *Middle*             *Last*

        Address:  156 N Jefferson Street, STE 203, Chicago, IL 60661
                 *Street, Apt #*       *City*      *State*      *ZIP*

        Email address: _____

</td></tr>
</table>

    b.  By:

        ☐ An approved electronic filing service provider (EFSP)

        ☐ Email *(not through an EFSP)*
        *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

        ☐ Personal hand delivery to:

            ☐ The party

            ☐ The party's family member who is 13 or older, at the party's residence

            ☐ The party's lawyer

            ☐ The party's lawyer's office

        ☑ Mail or third-party carrier

In **c**, fill in the date and time that you sent the document.

    c.  On:  03/14/2023
           *Date*

      At:  5:00      ☐ a.m.  ☑ p.m.
          *Time*

2.  I sent this document:

<table>
<tr><td valign="top" width="25%">

In **2**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank.

</td><td valign="top">

    a.  To:

        Name:   Broadway Irving Park LLC  c/o Attorney of Record - Schain Banks
                 *First*                *Middle*             *Last*

        Address:  70 W Madison St., STE 2300, Chicago, IL 60602
                 *Street, Apt #*       *City*      *State*      *ZIP*

        Email address: _____

</td></tr>
</table>

    b.  By:

        ☐ An approved electronic filing service provider (EFSP)

        ☐ Email *(not through an EFSP)*
        *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

        ☐ Personal hand delivery to:

            ☐ The party

            ☐ The party's family member who is 13 or older, at the party's residence

            ☐ The party's lawyer

            ☐ The party's lawyer's office

        ☑ Mail or third-party carrier

    c.  On:  03/14/2023
           *Date*

      At:  5:00      ☐ a.m.  ☑ p.m.
          *Time*

| | |
|---|---|
| In **3**, if you sent the document to more than 1 party or lawyer, fill in **a**, **b**, and **c**. Otherwise leave **2** blank. | **3.** I sent this document: |

    **a.** To:

       Name: Office of US Trustee - US Bankruptcy Court - District of Delaware 17-12560

               *First*        *Middle*        *Last*

       Address: 844 King Street, STE 2207, Lockbox 35, Wilmington, DE 19801

              *Street, Apt #*      *City*      *State*    *ZIP*

       Email address: _____

    **b.** By:

       ☐ An approved electronic filing service provider (EFSP)

       ☐ Email *(not through an EFSP)*
       *Only use one of the methods below if you do not have an email address, or the person you are sending the document to does not have an email address.*

       ☐ Personal hand delivery to:

          ☐ The party

          ☐ The party's family member who is 13 or older, at the party's residence

          ☐ The party's lawyer

          ☐ The party's lawyer's office

       ☑ Mail or third-party carrier

    **c.** On: 03/14/2023

          *Date*

      At: 5:00    ☐ a.m.  ☑ p.m.

         *Time*

| | |
|---|---|
| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. | **I certify that everything in the Proof of Service is true and correct. I understand that making a false statement on this form is perjury and has penalties provided by law under 735 ILCS 5/1-109.** |
| If you are completing this form on a computer, sign your name by typing it. If you are completing it by hand, sign by hand and print your name. | |

/s/ James Reed

*Your Signature*

JAMES REED                    Pro Se

*Print Your Name*             *Attorney # (if any)*

**Find Illinois Supreme Court approved forms at:** illinoiscourts.gov/documents-and-forms/approved-forms.

NAA-N 2803.6           Page 4 of 4           (05/22)

# EXHIBIT N

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

IN RE THE MATTER OF THE APPLICATION OF THE )
COUNTY TREASURER AND EX-OFFICIO COUNTY )
COLLECTOR OF COOK COUNTY, ILLINOIS, FOR )
ORDER OF JUDGMENT AND SALE AGAINST REAL )
ESTATE RETURNED DELINQUENT FOR THE )
NONPAYMENT OF GENERAL TAXES FOR THE YEAR )
2013, )
                                                )    No. 23-0478
BROADWAY IRVING PARK, LLC, )
                                                )
     Petitioner-Appellee, )
                                                )
        v. )
                                                )
JAMES REED, )
                                                )
     Respondent-Appellant. )

## O R D E R

       This matter coming before the court on Appellee's motion to dismiss appeal, or in the

alternative to set an appeal bond, Appellant having filed an objection to that motion, however,

the objection is not responsive to the relief requested by Appellee, and this court being advised in

the premises;

       IT IS HEREBY ORDERED that Appellee's motion to dismiss is DENIED, and Appellee's

motion to set an appeal bond is GRANTED. Appellant is directed to post a $28,000 bond on or

before September 19, 2023, representing $4000 use and occupancy for each month that appellant

has already had the benefit of the premises from February until the present. Thereafter, during the pendency of the appeal, appellant shall post a $4000 bond on or before the 19th of each month. If the $28,000 bond is not posted on or before September 19, 2023, this court will dismiss the appeal.

**ORDER ENTERED**

AUG 2 3 2023

APPELLATE COURT FIRST DISTRICT

_Margaret S. McBride_
Presiding Justice

_Jesse G. Reyes_
Justice

_Debra B. Walker_
Justice

- 2 -

# EXHIBIT O

Docket No. 1-23-0478

## IN THE APPELLATE COURT OF ILLINOIS

### FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | Appeal from the Circuit Court |
| APPLICATION OF THE COUNTY | ) | of Cook County, Illinois |
| TREASURER AND EX-OFFICIO | ) | |
| COUNTY COLLECTOR OF COOK | ) | County Department |
| COUNTY, ILLINOIS, FOR ORDER | ) | County Division |
| OF JUDGMENT AND SALE | ) | No. 2017 CODT 003838 |
| AGAINST REAL ESTATE | ) | |
| RETURNED DELINQUENT FOR | ) | |
| THE NONPAYMENT OF GENERAL | ) | The Honorable Judge Tracie Porter |
| TAXES FOR THE YEAR 2013 | ) | |
| | ) | |
| **JAMES REED** | ) | |
| **Respondent - Appellant** | ) | **MOTION TO VACATE ORDER** |
| | ) | **VOID FOR VIOLATION OF** |
| **RDG FUND-5 LNS LLC,** | ) | **DUE PROCESS GUARANTEES** |
| **Petitioner-Appellee** | ) | |
| | ) | |

ORDER ~~OF THE COURT~~

THIS MATTER COMING ON Appellant's Motion to Vacate Order Void for Violation of the Constitution and Laws of the United States and of the State of Illinois, a response having due notice having been given, and the Court being fully advised in the premises: been filed,

IT IS HEREBY ORDERED:

Appellant's Motion ~~to~~ for Order of Vacateur of the Order of August 23, 2023 which conditions Appellant's Right of Appeal on posting of a bond is:

~~Granted~~ ___ | Denied | ☒ .

~~Appellant's Motion for an Order requiring Broadway Irving Park LLC to file a Petition to Intervene and to set a briefing schedule is~~:

~~Granted___ Denied___~~

**ORDER ENTERED**

SEP 2 7 2023         ~~Page 1 of 2~~

*Jesse J. Reyes*
**Presiding Justice**

APPELLATE COURT FIRST DISTRICT

# EXHIBIT P

**RECEIVED**

23-cv-14321
Judge Leinenweber
Magistrate Judge McShain
Random/Cat 2

SEP 29 2023

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION**

JAMES REED, individually and as Trustee of
7942 Country Club Irrv Trust utad 6-30-2012,

PETITIONER(s)

vs.

ILLINOIS COURT OF APPEALS, FIRST
DISTRICT (1-23-0478) ON APPEAL FROM
CIRCUIT COURT OF COOK COUNTY,
ILLINOIS (17COTD3838), ET. AL.,

RESPONDENT(s)

Case: _____

*17-ap-00588 NDIL

_____

PETITION FOR REMOVAL OF STATE
COURT CASE(S)

Pursuant to 28 USC §1452 and 28 USC
§1331 and US Const. Art. III, Section 2
Fed. R. Civ. P. 60(b)(4)

Subject Property is part of Estate in
Bankruptcy and Petitioner is registered
Claimant in bankruptcy (17bk12560 DEB)

NOW COMES PETITIONER, a claimant in bankruptcy and Appellant in case 1-23-0478, and Does Hereby Remove from the Illinois Court of Appeals, First District case 1-23-0478, together with the underlying Circuit Court of Cook County, Illinois case 17COTD3838 upon which the appellate case is based, pursuant to 28 USC § 1452, 28 USC §1331, and US Const. Art. III, Section 2, and on the following grounds:

1.      Respondent, acting under color of law, without jurisdiction, violated Petitioner's due process rights under the 5th, 7th, 8th, and 14th Amendments to the U.S. Constitution, because:

a) The state courts of Illinois were deprived of jurisdiction over the subject property on December 4, 2017, when commercial lender and mortgagee of the subject property, Woodbridge Mortgage Investment Fund 1 LLC and its related entity and servicing agent, Silverleaf Funding LLC,

Page 1 of 6

Purchased from re:SearchIL

filed simultaneous Chapter 11 Petitions in the U.S. Bankruptcy Court for the District of Delaware (17bk12560 DEB); and,

b) The state courts of Illinois were deprived of jurisdiction over the subject property on December 7, 2017, when Petitioner herein filed a Petition to Remove to this Court **(17ap00588 NDIL)** pending state cases germane to the title and ownership of the subject property because Woodbridge and Silverleaf, who were Defendants in one case **(17CH08139 CCCC IL)** and original Plaintiffs in another case **(13CH28231 CCCC IL)**, had filed Chapter 11 Petitions, and, Petitioner sought to transfer those state cases to the Delaware Bankruptcy Court. (No Order of Remand from 17ap00588 has ever been sought, nor has the court ever entered, sua sponte, an Order of Remand).

c) Under both a and b above, Petitioner herein asserts that his state claims for quiet title and unlawful clouding of title (slander) were effectively suspended until resolution of the bankruptcy, over which the Delaware Bankruptcy Court has maintained jurisdiction; and,

d) Subsequent to the Chapter 11 filing and the filing of the Petition to Remove, the Illinois Secretary of State certified that debtors Woodbridge and Silverleaf, and a related entity and alleged assignee of Silverleaf, Inverse Asset Fund LLC, had, at all times relevant, originated and brokered mortgages in the State of Illinois in violation of the Illinois Loan Brokers Act **(815 ILCS 175/15 et. seq.)** which provides for both felony penalties against Woodbridge, Silverleaf, and Inverse, and for a grant of a private right of action to Petitioner herein; and,

e) Petitioner asserts that, under the U.S. Bankruptcy Act, the Delaware Bankruptcy Court is without jurisdiction to discharge Woodbridge from Petitioner's claims for Quiet Title and Unlawful Clouding of Title, pursuant to **11 USC §523(a)(2)(A), (a)(4), and (a)(6)** because:

i) The U.S. District Court for the Southern District of Florida has found that Woodbridge, Silverleaf, and dozens of related entities, at all times relevant, beginning on or about July 1, 2012 and continuing through on or about December 4, 2017, were part of a massive interstate

Page 2 of 6

Purchased from re:SearchIL

"Ponzi-like scheme" **(17-24624 SDFL)**; and,

ii) Originating and brokering a commercial loan in the State of Illinois without prior registration with the Illinois Secretary of State is prohibited under **815 ILCS 175/15-10 ("registration required")** and **815 ILCS 175/15-65 ("Any person who willfully violates this Act commits a Class 4 felony").**

iii) By recording the commercial mortgage and assignments, all derived without prior registration, Woodbridge, Silverleaf, and Inverse each committed unlawful clouding of title, a felony act in Illinois **(720 ILCS 5/32-13)**; and,

2. Petitioner asserts that all underlying state court judgments and orders related to the subject property, its ownership, and possession, issued by the Circuit Court of Cook County, Illinois on or after December 4, 2017 are *void ab initio* **for lack of subject matter jurisdiction** because, specifically, the underlying Judgment in **17COTD3838 (entered July 23, 2018)** was without subject matter jurisdiction and without personal jurisdiction over Petitioner herein, who was neither named nor served in the Complaint in that matter (neither were Woodbridge, Silverleaf or Inverse named in the Complaint or served) and the underlying Judgment in **13CH28231 (entered July 25, 2018),** both **entered after the Woodbridge Chapter 11 Petition of December 4, 2017**, and after Petitioner herein's filing of his **Petition to Remove (December 7, 2017)**, together with all post-judgment orders of the Circuit Court of Cook County, Illinois have been entered without jurisdiction, and are, in accordance with long-held state and federal law, void ab ititio; and,

3. This court has previously held that the principle that **"state court judgments entered in violation of an automatic stay in bankruptcy are void ab initio and subject to collateral attack, even if the state court has (erroneously) determined that the automatic stay does not apply to**

Purchased from re:SearchIL

the proceeding in which the order is entered." **In re Benalcazar, 283 B.R. 514, 525-26 (Bankr. N.D.Ill. 2002) (citing Kalb v. Feuerstein, 308 U.S. 433 (1940)); see also Schmitt v. Schmitt, 324 F.3d 484, 487 (7th Cir. 2003)"** as cited in **Wheeler Fin. v. JP Morgan Chase Bank (In re Aguirre), CIVIL 18-cv-07915, at \*8 (N.D. Ill. Aug. 19, 2021)**; and,

**JURISDICTION**

4.      This Court has jurisdiction pursuant to 28 USC §1331, 28 USC §1441 and US Const. Art. III, Section 2, because:

> a) the subject property was automatically conveyed into the Estate in Bankruptcy on December 4, 2017, pursuant to the U.S. Bankruptcy Act (11 USC 362(a) et seq.), when Woodbridge and Woodbridge's servicing agent, Silverleaf Funding LLC, both being named Defendants in Petitioner's state law suit for quiet title (17-CH-08139); and,

> b) the jurisdiction of the Circuit Court of Cook County, Illinois was vitiated on December 7, 2017 when Petitioner herein filed a Petition to Remove with the Clerk of the United States District Court for the Northern District of Illinois - Eastern Division (17-ap-00588) and the court, to this date, has never issued an order of remand; and,

> c) Further, Petitioner cites to the following applicable case law:

> i) Petitioner asserts the long held principle that a void judgment or order may be attacked at any time, either directly or collaterally, and that "The court must vacate a final judgment if it is "void." Fed. R. Civ. P. 60(b)(4). "'[A] judgment is void only if the court which rendered it lacked jurisdiction of the subject matter or of the parties, or if it acted in a manner inconsistent with due process of law.'" **Simmons v. Yurkovich, 497 Fed. Appx. 664, 665 (7th Cir. 2013) (quoting O'Rourke Bros. Inc. v. Nesbitt Burns, Inc., 201 F.3d 948, 951 (7th Cir. 2000))."**

> **Arnold v. Villarreal, No. 09 C 7399, at \*2 (N.D. Ill. Sep. 9, 2014)**

> ii) And, **"Void judgments are legal nullities, and the court lacks discretion to deny a motion to vacate a void judgment under 60(b)(4). Indoor Cultivation Equip.,55 F.3d at 1317.** The "reasonable time" limit allowed by Rule 60(b) in the context of a 60(b)(4)

Purchased from re:SearchIL

motion effectively means "no time limit" and the judgment may be vacated at any time. **O'Rourke Bros. Inc. v. Nesbitt Burns Inc.,201 F.3d 948, 950 (7th Cir. 2000).**

**New Century Mortgage Corporation v. Roebuck, No. 01 C 3591, at \*1 (N.D. Ill. June 24, 2003)**

iii) And, "**The Illinois Supreme Court has held that we have a duty to vacate void trial court orders, including those entered without personal jurisdiction over a party. Delgado v. Board of Election Commissioners of the City of Chicago, 224 Ill. 2d 481, 486 (2007).** It is imperative to note that defects in the service of process are neither technical nor insubstantial. West Suburban Bank v. Advantage Financial Partners, LLC, 2014 IL App (2d) 131146, ¶ 20. Strict compliance with the statutes governing the service of process is required before a court will acquire personal jurisdiction over the person served. Sarkissian v. Chicago Board of Education, 201 Ill. 2d 95, 109 (2002). "[A] judgment rendered by a court which fail[ed] to acquire jurisdiction of either the parties or the subject matter of the litigation may be attacked and vacated at any time or in any court, either directly or collaterally." **State Bank of Lake Zurich v. Thill, 113 Ill. 2d 294, 308–09 (1986). We review de novo whether personal jurisdiction was conferred. Commerce Trust Co. v. Air 1st Aviation Cos., 366 Ill. App. 3d 135, 140 (2006).**

**Johnson v. Platas, 2016 Ill. App. 143468, 7 (Ill. App. Ct. 2016)**

## VENUE

5.      Venue is appropriate because the acts Complained of occurred within the Northern District of Illinois, in Cook County, Illinois and because a motion to vacate a void judgment or void order may be had in any court, at any time.

## ATTACHMENTS IN SUPPORT OF PETITION

6.      Petitioner attaches the following documents in support of his Petition:

a) Order of Court of Appeals entered September 27, 2023 (1-23-0478) denying Motion to Vacate Order entered in violation of the Constitution and Laws of the United States.

b) Order of Circuit Court of Cook County, Illinois, denying Petition to Vacate void Judgment entered January , 2023 (17-COTD-3838)

Page 5 of 6

Purchased from re:SearchIL

**REMEDIES SOUGHT**

7.     Petitioner seeks:

a) Declaratory Judgment that all Judgments and Orders of the Circuit Court of Cook County, Illinois entered on or after December 4, 2017 and/or on or after December 7, 2017, are "void ab initio" for violation of the due process requirements of the 5th, 7th, 8th, and 14th Amend. to the U.S. Constitution, and Order of Vacatuer with prejudice of all such Judgments and Orders in cases 17COTD3838, 13CH28231, and in case 1-23-0478; and,

b) Judgment for Petitioner and Order for reimbursement for all filing fees and costs associated with litigation since December 4, 2017 upon presentment of itemization of same and approval thereof by the court; and,

c) Order directing the Cook County Recorder of Deeds to vacate and to expunge Deeds filed pursuant to Orders in cases 17COTD3838 and 13CH28231; and,

d) Order reinstating Petitioner's Quiet Title case (17CH08139) as of December 4, 2017 against Woodbridge, Silverleaf, and Inverse; and,

e) Such other relief as the Court may see fit to grant as provided by law.


Respectfully submitted this 29th day of September, 2023 on oath and affirmation pursuant to 28 USC §1746.

James Reed

7942 W Country Club Ln
Elmwood Park, IL 60707
(872) 333-9688
RJ60068@gmail.com

Purchased from re:SearchIL

Docket No. 1-23-0478

## IN THE APPELLATE COURT OF ILLINOIS

### FIRST JUDICIAL DISTRICT

| | |
|---|---|
| IN THE MATTER OF THE<br>APPLICATION OF THE COUNTY<br>TREASURER AND EX-OFFICIO<br>COUNTY COLLECTOR OF COOK<br>COUNTY, ILLINOIS, FOR ORDER<br>OF JUDGMENT AND SALE<br>AGAINST REAL ESTATE<br>RETURNED DELINQUENT FOR<br>THE NONPAYMENT OF GENERAL<br>TAXES FOR THE YEAR 2013 | Appeal from the Circuit Court<br>of Cook County, Illinois<br><br>County Department<br>County Division<br>No. 2017 CODT 003838<br><br>The Honorable Judge Tracie Porter |
| **JAMES REED**<br>     **Respondent - Appellant** | **MOTION TO VACATE ORDER** |
| **RDG FUND-5 LNS LLC,**<br>     **Petitioner-Appellee** | **VOID FOR VIOLATION OF**<br>**DUE PROCESS GUARANTEES** |

ORDER ~~OF THE COURT~~

THIS MATTER COMING ON Appellant's Motion to Vacate Order Void for Violation of the Constitution and Laws of the United States and of the State of Illinois, a response having been filed, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

Appellant's Motion ~~to~~ for Order of Vacateur of the Order of August 23, 2023 which conditions Appellant's Right of Appeal on posting of a bond is:

~~Granted~~      | Denied |  X  .

~~Appellant's Motion for an Order requiring Broadway Irving Park LLC to file a Petition to Intervene and to set a briefing schedule is:~~

~~Granted____      Denied____~~

## ORDER ENTERED

SEP 2 7 2023          ~~Page 1 of 2~~

APPELLATE COURT FIRST DISTRICT

_Jesse G. Reyes_
Presiding Justice

Purchased from re:SearchIL

IN THE APPELLATE COURT OF ILLINOIS
FIRST JUDICIAL DISTRICT

IN RE THE MATTER OF THE APPLICATION OF THE )
COUNTY TREASURER AND EX-OFFICIO COUNTY )
COLLECTOR OF COOK COUNTY, ILLINOIS, FOR )
ORDER OF JUDGMENT AND SALE AGAINST REAL )
ESTATE RETURNED DELINQUENT FOR THE )
NONPAYMENT OF GENERAL TAXES FOR THE YEAR )
2013, )
         )    No. 23-0478
BROADWAY IRVING PARK, LLC, )
         )
   Petitioner-Appellee, )
         )
      v. )
         )
JAMES REED, )
         )
   Respondent-Appellant. )

## O R D E R

This matter coming before the court on Appellee's motion to dismiss appeal, or in the alternative to set an appeal bond, Appellant having filed an objection to that motion, however, the objection is not responsive to the relief requested by Appellee, and this court being advised in the premises;

IT IS HEREBY ORDERED that Appellee's motion to dismiss is DENIED, and Appellee's motion to set an appeal bond is GRANTED. Appellant is directed to post a $28,000 bond on or before September 19, 2023, representing $4000 use and occupancy for each month that appellant

Purchased from re:SearchIL

has already had the benefit of the premises from February until the present. Thereafter, during

the pendency of the appeal, appellant shall post a $4000 bond on or before the 19th of each

month. If the $28,000 bond is not posted on or before September 19, 2023, this court will dismiss

the appeal.

**ORDER ENTERED**

AUG 2 3 2023

APPELLATE COURT FIRST DISTRICT

_Margaret S. McBride_
Presiding Justice

_Jesse G. Reyes_
Justice

_Debra B. Walker_
Justice

- 2 -

Purchased from re:SearchIL

# EXHIBIT Q

Docket No. 1-23-0478

## IN THE APPELLATE COURT OF ILLINOIS
## FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE COUNTY TREASURER AND EX-OFFICIO COUNTY COLLECTOR OF COOK COUNTY, ILLINOIS, FOR ORDER OF JUDGMENT AND SALE AGAWST REAL ESTATE RETURNED DELINQUENT FOR THE NONPAYMENT OF GENERAL TAXES FOR THE YEAR 2013, | ) ) ) ) ) ) ) ) ) ) ) | Appeal from the Circuit Court of Cook County, Illinois County Department, County Division, No. 2017 CODT 3838 The Honorable Judge Tracie Porter, |
| JAMES REED | ) | |
| *Respondent-Appellant* | ) | |
| | ) | |
| BROADWAY IRVING PARK LLC | ) | |
| *Petitioner-Appellee* | ) | |

### ORDER

THIS MATTER COMING ON Petitioner-Appellee's Motion to Dismiss Appeal, due

notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

GRANTED solely as provided herein. This matter is dismissed without prejudice.

~~DENIED:~~

**ORDER ENTERED**

OCT 1 6 2023

APPELLATE COURT FIRST DISTRICT

*Justice Jesse B. Reyes*
Presiding Justice
*Debra B. Walker*

*Rena Marie Van Tine*

6

# EXHIBIT R

Docket No. 1-23-0478

## IN THE APPELLATE COURT OF ILLINOIS

## FIRST JUDICIAL DISTRICT

| | |
|---|---|
| IN THE MATTER OF THE ) | Appeal from the Circuit Court |
| APPLICATION OF THE COUNTY ) | of Cook County, Illinois |
| TREASURER AND EX-OFFICIO ) | |
| COUNTY COLLECTOR OF COOK ) | County Department |
| COUNTY, ILLINOIS, FOR ORDER ) | County Division |
| OF JUDGMENT AND SALE ) | No. 2017 CODT 003838 |
| AGAINST REAL ESTATE ) | |
| RETURNED DELINQUENT FOR ) | |
| THE NONPAYMENT OF GENERAL ) | |
| TAXES FOR THE YEAR 2013 ) | |
| ) | ORDER OF THE COURT |
| JAMES REED ) | |
| Respondent - Appellant ) | |
| ) | |
| BROADWAY IRVING PARK LLC ) | |
| Petitioner-Appellee ) | |
| ) | |

### ORDER

THIS MATTER COMING ON Appellant's Motion to Vacate Order Entered After Removal to the U.S. District Court for the Northern District of Illinois - Eastern Division on September 29, 2023, as case 23cv14321, due notice having been given, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

Appellant's Motion to Vacate the Order Dismissing Appellant's Appeal entered without prejudice on October 16, 2023 is: ~~Granted~~ _____  Denied ✓_____ .

Appellant's Motion to Strike Broadway Irving Park LLC's Motion to Dismiss filed on

Page 1 of 2

1-23-0478

Ocotber 5, 2023 after Removal of this matter to Federal Court on September 29, 2023 is:

Granted _____   Denied _____.

     Appellant's Motion to denote all subsequent filings in this matter submitted prior to an Order of Remand issued by the U.S. District Court for the Northern District of Illinois - Eastern Division in compliance with Title 28 USC 1441 et. seq. in case 23-cv-14321 is:

Granted _____   Denied _____.

**ORDER ENTERED**

OCT 3 0 2023

APPELLATE COURT FIRST DISTRICT

_Jesse J. Reyes_

PRESIDING JUSTICE

Page 2 of  2

# EXHIBIT S




CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

December 5, 2023

Honorable Iris Y. Martinez
Richard J. Daley Center
Room 1001
Chicago, IL 60602

RE:  RDG FUND-5 LNS, LLC v. JAMES REED
     General No.: 1-23-0478
     County: Cook County
     Trial Court No: 17COTD3838

Dear Honorable Martinez:

Attached is the Mandate of the Appellate Court in the above entitled cause.

We are sending the attorneys of record a copy of this letter to inform them that the mandate of
the Appellate Court has been filed with you.


Thomas D. Palella
Clerk of the Appellate Court

c:   JAMES REED
     Schain, Banks, Kenny & Schwartz, Ltd.

Docket No. 1-23-0478

## IN THE APPELLATE COURT OF ILLINOIS
### FIRST JUDICIAL DISTRICT

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION OF THE COUNTY TREASURER AND EX-OFFICIO COUNTY COLLECTOR OF COOK COUNTY, ILLINOIS, FOR ORDER OF JUDGMENT AND SALE AGAWST REAL ESTATE RETURNED DELINQUENT FOR THE NONPAYMENT OF GENERAL TAXES FOR THE YEAR 2013, | ) ) ) ) ) ) ) ) ) ) ) | Appeal from the Circuit Court of Cook County, Illinois  County Department, County Division, No. 2017 CODT 3838  The Honorable Judge Tracie Porter, |
| JAMES REED *Respondent-Appellant* | ) ) ) | |
| BROADWAY IRVING PARK LLC *Petitioner-Appellee* | ) ) | |

### ORDER

THIS MATTER COMING ON Petitioner-Appellee's Motion to Dismiss Appeal, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

GRANTED solely as provided herein. This matter is dismissed without prejudice.

~~DENIED~~

**ORDER ENTERED**

OCT 1 6 2023

APPELLATE COURT FIRST DISTRICT

_Justice Jane B. Rays_
Presiding Justice
_Debra B Walker_
_Rena Marie Van Tine_

6




CLERK'S OFFICE
APPELLATE COURT FIRST DISTRICT
STATE OF ILLINOIS
160 NORTH LASALLE STREET, RM S1400
CHICAGO, ILLINOIS 60601

## STATE OF ILLINOIS, FIRST DISTRICT APPELLATE COURT MANDATE

Panel:  Honorable Jesse Gregory Reyes
Honorable Rena Marie Van Tine
Honorable Debra B. Walker

BE IT REMEMBERED, that on 16th day of October, 2023 the final judgment of said Appellate Court was entered of record as follows:

RDG FUND-5 LNS, LLC., (Petitioner for Tax Deed)
    Plaintiffs-Appellees,
    v.
JAMES REED, (unserved and un-named "owner.... in interest")
    Defendants-Appellants.

General No: 1-23-0478
County/Agency: Cook County
Trial Court/Agency Case No.: 17COTD3838

In accordance with Supreme Court Rule 368, this Mandate is issued. As Clerk of the Appellate Court and keeper of the records, files and Seal thereof, I certify that the foregoing is a true statement of the final Order of said Appellate Court in the above cause of record in my office. Pursuant to Supreme Court Rule 369, the clerk of the circuit court shall file the Mandate promptly.



IN WITNESS WHEREOF, I hereunto set my hand and affix the Seal of the Illinois Appellate Court this 5th day of December, 2023.

Clerk of the Appellate Court

# EXHIBIT T

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, COUNTY DIVISION

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF ) | |
| THE COUNTY TREASURER AND EX-OFFICIO ) | |
| COUNTY COLLECTOR OF COOK COUNTY, ) | |
| ILLINOIS, FOR ORDER OF JUDGMENT AND ) | **Case No. 2017 COTD 3838** |
| SALE AGAINST REAL ESTATE RETURNED ) | |
| DELINQUENT FOR THE NONPAYMENT OF ) | |
| GENERAL TAXES FOR THE YEAR 2013 ) | |
| ) | |
| PETITIONER: BROADWAY IRVING PARK LLC ) | |

## <u>ORDER</u>

This matter coming to be heard on the Court's set status call, counsel for Respondent James Reed appearing and counsel for Petitioner Broadway Irving Park, LLC ("***Broadway***") appearing, the question of the Court's jurisdiction over this matter having been raised by counsel for Respondent in light of the litigation pending before Judge Leinenweber in the United States District Court, Northern District of Illinois – Eastern Division, and the Court being advised in the premises,

**IT IS HEREBY ORDERED THAT**:

1.      The Stay of the Order of Possession entered on January 9, 2023 remains in full force and effect. Petitioner's Motion to Vacate Stay is entered and continued until this Court makes a ruling in this matter;

2.      Respondent has until March 28, 2024 to file a motion or pleading in support of his position that this Court lacks jurisdiction over the above-captioned matter as a result of the PETITION FOR REMOVAL OF STATE COURT CASE(S) filed by Respondent on

September 29, 2023, and currently pending before Federal District Court Judge Leinenweber

(23-cv-14321);

      3.     Petitioner has until April 11, 2024 to file a response to any motion or pleading

filed by Respondent;

      4.     Respondent has until April 18, 2024 to file a reply; and

      5.     The matter is set for status on all filings on **April 19, 2024 at 10:30 a.m.,** in

Courtroom 1704 via Zoom (ID: 963 9239 3803; Password 043502).

Dated:  March 7, 2024

                                                          2313
                                      The Honorable Tracie R. Porter
                                      Circuit Court Judge

Antonio DeBlasio
Brian A. Bosch
Ninnette Gregory
DeBlasio Law Group LLC
2001 Midwest Road, Suite 100
Oak Brook, Illinois 60523
T: (630) 560-1123 (Main)
F: (331) 222-4700
E: deblasio@DGLLC.net
E: bosch@DGLLC.net
E: ngregory@DGLLC.net
Cook Firm No.: 58712

ENTERED
Judge Tracie R. Porter-2313
MAR 12 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL

# EXHIBIT U

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINIOS
## COUNTY DEPARTMENT, COUNTY DIVISION

IN THE MATTER OF THE APPLICATION OF THE   )
COUNTY TREASURER AND EX-OFFICIO COUNTY   )
COLLECTOR OF COOK COUNTY, ILLINOIS, FOR   )
ORDER OF JUDGMENT AND SALE AGAWST       )  Case No. 2017 COTD 3838
REAL ESTATE RETURNED DELINQUENT FOR     )
THE NONPAYMENT OF GENERAL TAXES FOR   )
THE YEAR 2013                              )
                                         )
PETITIONER: BROADWAY IRVING PARK LLC    )

## <u>ORDER</u>

This matter coming to be heard before the Court, counsel for James Reed ("**_Reed_**")
appearing and counsel for Broadway Irving Park, LLC appearing, the question of the Court's
jurisdiction over this matter having been raised and briefed by the parties. The Court having heard
oral argument and reviewed all briefs on the matter about the question of its jurisdiction, finds as
follows:

1.     Reed filed his Petition for Removal of State Court Case(s) ("**_Removal Petition_**")
on September 29, 2023, pursuant to 28 U.S.C. § 1446(d), with the Clerk of the Circuit Court of
Cook County, Illinois. This matter is now pending in the United States District Court for the
Northern District of Illinois, Eastern Division, case number 23-cv-14321.

2.     Reed has served a copy of the Removal Petition on Petitioner Broadway Irving
Park LLC.

3.     The Federal Judge assigned to case number 23-cv-14321 has not ruled on the
Removal Petition.

4.    Pursuant to 28 U.S.C. § 1446(d), this Court lacks jurisdiction over this case to proceed on any matters filed with this Court after September 29, 2023 while this matter is pending in federal court.

5.    The Court requests that the parties advise the Court in the event an Order of Remand is entered by the Federal Judge in United States District Court for the Northern District of Illinois, Eastern Division, case number 23-cv-14321.

Dated:   June 6, 2024

ENTERED:

Judge Tracie R. Porter

**Prepared by**:
Brian A. Bosch
DEBLASIO LAW GROUP LLC
1S660 Midwest Road, Suite 230
Oakbrook Terrace, Illinois 60181
T: (630) 560-1123 (MAIN)
F: (331) 222-4700
E: bosch@DGLLC.net
Cook Firm No.: 58712

ENTERED
Judge Tracie R. Porter-2313
JUN 0 6 2024
IRIS Y. MARTINEZ
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL