### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

James Reed

                                                  Plaintiff,

v.                                                  Case No.: 1:23−cv−14321

                                                  Honorable John F. Kness

Illinois Court of Appeals , First District (1−23−0478) on Appeal from Circuit Court of Cook COunty Illinois (17COTD3838), et al

                                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable John F. Kness: In−person motion hearing held. Petitioner failed to appear. For the reasons stated on the record, the motion to withdraw [28] is granted. Attorneys Antonio DeBlasio and Brian Bosch are granted leave to withdraw. Further for the reasons stated on the record, including Petitioner's failure to appear at the hearing set for today, the case is dismissed with prejudice for want of prosecution. Motion to intervene [30] is dismissed as moot. Enter final judgment order. Civil case terminated. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.