# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

October 9, 2024

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2803
>
> Caption:
> JAMES REED,
>   Petitioner - Appellant
>
> v.
>
> ILLINOIS APPELLATE COURT, FIRST DISTRICT,
>   Respondent - Appellee
>
> District Court No: 1:23-cv-14321
> Clerk/Agency Rep Thomas G. Bruton
> District Judge John F. Kness
>
> Date NOA filed in District Court: 10/09/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)